1
2
3
4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
Case 10-20906-CR-COOKE

*THE UNITED STATES OF AMERICA,*

5                   Plaintiff,                                    **COURTROOM 11-2**

6                                                                 **MIAMI, FLORIDA**
            vs.

7                                                                 **JUNE 1, 2011**
*ALCATEL-LUCENT FRANCE, S.A.,*
8  *ALCATEL-LUCENT TRADE INTERNATIONAL, A.G.,*
   *ALCATEL-CENTROAMERICA, S.A.,*
9                                                                 (Pages  1  -  74)
                   Defendants.
10

11               **TRANSCRIPT OF CHANGE OF PLEA AND SENTENCING**
                 **BEFORE THE HONORABLE MARCIA G. COOKE**
12                   **UNITED STATES DISTRICT JUDGE**

13
14
        **APPEARANCES:**
15
        **FOR THE GOVERNMENT:**        **CHARLES E. DUROSS, A.U.S.A.**
16                                     99 N.E. 4th Street
                                       Miami, FL  33132                305.961.9358
17                                     charles.duross@usdoj.gov
18                                     **ANDREW GENTIN, A.U.S.A.**
                                       United States Department of Justice
19                                     Criminal Division, Fraud Section
                                       1400 New York Avenue NW
20                                     Bond Building 4th Floor
                                       Washington, DC 20005           202.353.3551
21                                                               (Fax) 202.514.0152
                                       andrew.gentin@usdoj.gov
22
        **FOR THE DEFENDANTS:**        **JON A. SALE, ESQ.**
23                                     *Sale & Weintraub, P.A.*
                                       Wachovia Financial Center
24                                     200 South Biscayne Boulevard, Suite 4300
                                       Miami, FL 33131                305.374.1818
25                                                               (Fax) 305.579.3201
                                       jsale@saleweintraub.com

1                          **MARTIN J. WEINSTEIN, ESQ.**
                             **ROBERT J. MEYER, ESQ.**

2                          **CHRISTIAN J. NAUVEL, ESQ.**
                         *Willkie Farr & Gallagher, LLP*

3                          1875 K Street, N.W.
                         Washington, DC 20006         202.303.1281

4                                            (Fax) 202.303.2000
                         mweinstein@willkie.com

5                          rmeyer@willkie.com
                         cnauvel@willkie.com

6

7   <u>**INTERESTED PARTY:**</u>

8   *Instituto Costarricense*
     *de Electricidad*              **BURTON WEBB WIAND, ESQ.**

9                          *Wiand Guerra King, PL*
                         3000 Bayport Drive, Suite 600

10                        Tampa, FL 33607            813.222.1136
                                         (Fax) 813.347.5198

11                        bwiand@fowlerwhite.com

12

13   **REPORTED BY:**              **JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRR**
                       *Official United States Court Reporter*

14                        *Federally Certified Realtime Reporter*
                       Wilkie D. Ferguson, Jr., United States Courthouse

15                        400 North Miami Avenue, Suite 11-1
                       Miami, FL  33128          305.523.5588

16                                          (Fax) 305.523.5589
                       jamillikan@aol.com

17

18

19

20

21

22

23

24

25

1                         **<u>TABLE OF CONTENTS</u>**

2                                                           <u>Page</u>

3 Reporter's Certificate .................................... 66

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 14:27:07 | 1 | **MR. MARCHENA:** All rise. Court is in session. Please |
| 14:27:10 | 2 | come to order. |
| 14:27:11 | 3 | Judge, we have our change of plea, followed by |
| 14:27:14 | 4 | sentencing, on Case Numbers 10-20906 and 10-20907, USA v. |
| 14:27:24 | 5 | Alcatel-Lucent France, S.A., et al. |
| 14:27:26 | 6 | **THE COURT:** Ivan, we do have to take care of one matter |
| 14:27:29 | 7 | before we go to the plea. |
| 14:27:32 | 8 | **MR. MARCHENA:** Yes, Judge. |
| 14:27:32 | 9 | **THE COURT:** For the record, appearing on behalf of the |
| 14:27:35 | 10 | United States? |
| 14:27:35 | 11 | **MR. DUROSS:** Charles Duross on behalf of the United |
| 14:27:37 | 12 | States, Your Honor. Joining me at counsel table is Andrew |
| 14:27:40 | 13 | Gentin. |
| 14:27:41 | 14 | **THE COURT:** And appearing on behalf of Alcatel-Lucent |
| 14:27:43 | 15 | France, Alcatel-Lucent Trade International, and |
| 14:27:48 | 16 | Alcatel-CentroAmerica? |
| 14:27:50 | 17 | **MR. SALE:** Good afternoon, Your Honor. Jon Sale of |
| 14:27:54 | 18 | Sale & Weintraub, together with Martin Weinstein and Robert |
| 14:27:57 | 19 | Meyer of Willkie Farr. They've been admitted *pro hac vice*, Your |
| 14:27:58 | 20 | Honor. |
| 14:28:00 | 21 | **THE COURT:** Okay. |
| 14:28:00 | 22 | **MR. WEINSTEIN:** Your Honor, with me is the General |
| 14:28:02 | 23 | Counsel of Alcatel-Lucent, Mr. Steven R. Reynolds. He was not |
| 14:28:04 | 24 | the General Counsel at the time the events took place, but he |
| 14:28:06 | 25 | has been the General Counsel of the company since the early part |

| | | |
|---|---|---|
| 14:28:10 | 1 | of 2007, and he has been authorized to appear on behalf of all |
| 14:28:13 | 2 | of the entities named in the charges and the charging documents |
| 14:28:18 | 3 | today, Your Honor. |
| 14:28:19 | 4 | THE COURT:  So will he be the entity entering a plea on |
| 14:28:22 | 5 | behalf of all three corporate individuals? |
| 14:28:23 | 6 | MR. WEINSTEIN:  Yes, Your Honor. |
| 14:28:24 | 7 | THE COURT:  Okay.  I'm going to ask you all to sit for |
| 14:28:26 | 8 | a moment, please. |
| 14:28:26 | 9 | Mr. Duross, we do have one thing that I must discuss |
| 14:28:29 | 10 | before we proceed to the plea and that's the matter that we put |
| 14:28:33 | 11 | off last time concerning victim status for ICE, and can you |
| 14:28:42 | 12 | proceed to that argument, please? |
| 14:28:43 | 13 | ICE has asked to be treated as a victim in these |
| 14:28:46 | 14 | proceedings and since that is precluded by the plea agreement in |
| 14:28:52 | 15 | this case as I understand it, that matter has to be resolved |
| 14:28:55 | 16 | before I can determine whether or not I'm going to accept the |
| 14:28:58 | 17 | plea; is that correct? |
| 14:28:59 | 18 | MR. DUROSS:  I believe everyone will probably agree |
| 14:29:01 | 19 | with that, Your Honor. |
| 14:29:02 | 20 | THE COURT:  Okay.  So let's proceed to that issue |
| 14:29:07 | 21 | first. |
| 14:29:18 | 22 | MR. DUROSS:  Thank you, Your Honor. |
| 14:29:19 | 23 | The last time that we were before the Court, I believe, |
| 14:29:21 | 24 | was May 11th.  At that point in time ICE had filed a petition |
| 14:29:30 | 25 | objecting to the plea agreements, also objecting to the deferred |

| | | |
|---|---|---|
| 14:29:35 | 1 | prosecution agreement, and they raised three issues principally. |
| 14:29:38 | 2 | One was the sufficiency of the resolutions as a whole, arguing, |
| 14:29:44 | 3 | in essence, that they were too lenient and also they didn't |
| 14:29:49 | 4 | include restitution to ICE as a crime victim. |
| 14:29:54 | 5 | Number two, they argued that they were a crime victim |
| 14:29:58 | 6 | under the Crime Victim Rights Act; and, number three, they |
| 14:30:00 | 7 | argued that they were entitled to restitution under -- |
| 14:30:04 | 8 | THE COURT:  Well, let's start with the first one |
| 14:30:06 | 9 | because obviously, if they're not a crime victim, then that |
| 14:30:09 | 10 | resolves the other issues, does it not? |
| 14:30:11 | 11 | MR. DUROSS:  It does, Your Honor. |
| 14:30:12 | 12 | THE COURT:  Okay.  The Government contends that it's |
| 14:30:14 | 13 | not.  Can you tell me why? |
| 14:30:15 | 14 | MR. DUROSS:  Yes, Your Honor.  Your Honor, as the |
| 14:30:17 | 15 | Government laid out in its brief, and since May 11th, the |
| 14:30:21 | 16 | Government filed a response to that petition and memorandum of |
| 14:30:25 | 17 | law as did the defendants in this case. |
| 14:30:28 | 18 | THE COURT:  I have it at Docket Entry Number 43. |
| 14:30:31 | 19 | MR. DUROSS:  Yes.  And so, Your Honor, the Government |
| 14:30:33 | 20 | laid out in some detail its concern with calling ICE a victim in |
| 14:30:40 | 21 | this case.  There were a number of different factors, but I will |
| 14:30:43 | 22 | just summarize for the Court and rely on our pleadings in |
| 14:30:46 | 23 | general to address those facts in detail. |
| 14:30:52 | 24 | But suffice it to say that, first, it appears that the |
| 14:30:56 | 25 | corruption existed at ICE for a number of years prior to the |

14:31:01  1  conduct at issue here.  I say that because our principal

14:31:05  2  cooperator in the case, Christian Sapsizian, who's a former

14:31:09  3  Alcatel CIT employee and who had been involved in the

14:31:14  4  telecommunications industries in Costa Rica for a number of

14:31:17  5  years back into the 1980s, had discussed issues of corruption

14:31:21  6  dating back into the 1980s.

14:31:24  7          But beyond that, Your Honor, and I think probably most

14:31:26  8  importantly, as we stressed at the May 11th hearing, nearly half

14:31:29  9  of the board of directors of ICE were recipients of bribes in

14:31:35  10  this case.  Mr. Sapsizian detailed to the Government the

14:31:43  11  solicitation for bribes as well as the payment of bribes to a

14:31:46  12  number of different ICE officials.

14:31:49  13          And so, while certainly ICE stresses that it's a large

14:31:53  14  company, a state-owned company, and there are only so many

14:31:59  15  people that are charged here, involved here with the corrupt

14:32:02  16  activity, we would point out that they were the most senior,

14:32:05  17  most significant, and the people that made the decisions within

14:32:08  18  the company.

14:32:08  19          THE COURT:  Mr. Duross, and this may be an unfair

14:32:11  20  comparison, but if I were to use an area which I know you're

14:32:16  21  familiar with, the Medicare fraud area, and let's say that there

14:32:21  22  was a corrupt person inside that allowed certain payments to be

14:32:26  23  made, or something like that, and then someone is convicted, it

14:32:29  24  doesn't prevent the Court from ordering restitution back to the

14:32:34  25  Medicare program, does it not?

Change of Plea and Sentencing Proceedings

8

14:32:37  1        **MR. DUROSS:**  No, it does not, Your Honor.  But most of

14:32:39  2   those Medicare cases, Your Honor, involve the doctor gatekeepers

14:32:43  3   who don't work for Medicare permitting those kinds of bogus

14:32:49  4   bills to be passed on to Medicare.

14:32:52  5        I think it would be more akin to a situation where if

14:32:56  6   you were at a hospital at which most of the managing board of

14:32:59  7   that hospital was engaged in Medicare fraud and then that

14:33:04  8   hospital showed up and said it was a victim, I think that would

14:33:08  9   be more akin here.

14:33:09 10        **THE COURT:**  There might be restitution made payable to

14:33:11 11   Medicare, but not to the hospital.

14:33:12 12        **MR. DUROSS:**  Correct.  Now, there is an interesting

14:33:16 13   issue, and it is not a simple one, which is, in spite of all the

14:33:23 14   facts that I've laid out in our brief, and there are obviously

14:33:26 15   more, I think the most salient of those, Your Honor, is that the

14:33:30 16   evidence that the Government has uncovered and laid out in its

14:33:34 17   brief is that not just the companies before Your Honor were

14:33:37 18   involved in paying bribes at ICE, but other companies were

14:33:42 19   paying bribes at the same time, including, Your Honor, a Swedish

14:33:48 20   company, Ericsson, which was competing with Alcatel for the

14:33:53 21   business.

14:33:54 22        So you have this situation that's occurring in which a

14:33:57 23   bunch of people are all paying bribes to a variety of folks, and

14:34:03 24   it is a difficult situation because from an agency

14:34:06 25   perspective -- and I think this is the point that ICE raises --

June 1, 2011

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:34:10 | 1 | is that because the bribe recipients at ICE were doing it for |
| 14:34:15 | 2 | their own benefit, ICE can't be held responsible. |
| 14:34:19 | 3 | But at some point that agency argument must fail |
| 14:34:23 | 4 | because you could imagine, Your Honor, a circumstance in which a |
| 14:34:27 | 5 | company from top to bottom, every member of the board, everybody |
| 14:34:30 | 6 | is in on it, everybody knows what's going on, but because |
| 14:34:33 | 7 | they're all receiving bribes themselves, the company could show |
| 14:34:36 | 8 | up and say they're a victim. |
| 14:34:39 | 9 | And so, when it gets to that level of management, that |
| 14:34:43 | 10 | level of control -- and, in fact, we cited an audit report in |
| 14:34:46 | 11 | 2003, that talked about the lack of internal controls at the |
| 14:34:50 | 12 | company -- we think that that is deeply troubling when it comes |
| 14:34:57 | 13 | to finding ICE as a victim here, Your Honor. |
| 14:35:00 | 14 | I would say this, which is while under the agency |
| 14:35:05 | 15 | argument that ICE makes to this Court it would be difficult and |
| 14:35:10 | 16 | a challenge, I confess, to charge under those circumstances -- |
| 14:35:15 | 17 | assuming we had jurisdiction over ICE, which we don't, but |
| 14:35:19 | 18 | assuming that we could charge them, that would be a challenge |
| 14:35:22 | 19 | from a criminal prosecution standpoint. |
| 14:35:24 | 20 | But in evaluating victim status, one of the factors |
| 14:35:28 | 21 | that the Court needs to evaluate is the proximate harm and that, |
| 14:35:33 | 22 | I think, is probably best addressed most recently, Your Honor, |
| 14:35:36 | 23 | in a decision that came down last week from the Costa Rican |
| 14:35:40 | 24 | Court that evaluated these very facts in a trial that lasted |
| 14:35:44 | 25 | over a year. |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:35:46 | 1 | In coming to its judgment in denying ICE its request |
| 14:35:50 | 2 | for damages, it found that ICE was at least in part responsible |
| 14:35:54 | 3 | for the conduct and it delved deeply into this issue, Your |
| 14:36:00 | 4 | Honor, because it got to sort of the issue of proximate harm. |
| 14:36:03 | 5 | Who was really responsible for what was really going on?  Who's |
| 14:36:06 | 6 | the victim here? |
| 14:36:06 | 7 | So I don't think that they're a victim based on the |
| 14:36:10 | 8 | facts, but I don't think that this Court needs to resolve that |
| 14:36:16 | 9 | issue in order to accept these plea agreements and reject the |
| 14:36:21 | 10 | request for restitution. |
| 14:36:23 | 11 | The reason why I say that, Your Honor, is there's a |
| 14:36:25 | 12 | case in the Sixth Circuit that in many ways is similar to the |
| 14:36:29 | 13 | case here.  It was an antitrust case called *Acker* and it was an |
| 14:36:34 | 14 | antitrust case in which a company called Arctic Glacier was |
| 14:36:40 | 15 | making packaged ice, the kind that you would go and, I guess, |
| 14:36:43 | 16 | pick up at the food and beverage store to keep your beverages |
| 14:36:46 | 17 | cool on a Saturday, and they were engaged in cartel behavior. |
| 14:36:51 | 18 | So, they were involved in price fixing the cost of that ice. |
| 14:36:58 | 19 | They had reached a resolution with the antitrust |
| 14:37:01 | 20 | division of the Department of Justice and that plea agreement -- |
| 14:37:03 | 21 | the charges in the plea agreement were posted and some |
| 14:37:07 | 22 | downstream recipients of the ice, so the mom and pop stores that |
| 14:37:12 | 23 | weren't buying it directly from Arctic Glacier, made an |
| 14:37:13 | 24 | appearance and said that they were victims and they wanted |
| 14:37:15 | 25 | restitution. |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:37:16 | 1 | In that case, Your Honor, the Court said, well, it's an |
| 14:37:21 | 2 | open question whether you're a victim for different reasons than |
| 14:37:24 | 3 | here, Your Honor.  In that case the question was from a |
| 14:37:28 | 4 | proximate -- from an economic analysis perspective, could the |
| 14:37:33 | 5 | harm be traced to the end users, the ones who weren't buying it |
| 14:37:39 | 6 | directly from the company engaged in the antitrust behavior. |
| 14:37:43 | 7 | And so the Court said, without reaching that issue, |
| 14:37:45 | 8 | leaving that as an open issue, I'm going to find that the Crime |
| 14:37:50 | 9 | Victim Rights Act, the different elements of it have been met in |
| 14:37:55 | 10 | that case and therefore made it a nonissue. |
| 14:37:59 | 11 | The Sixth Circuit agreed with that and the Sixth |
| 14:38:02 | 12 | Circuit found that it was largely beside the point whether or |
| 14:38:04 | 13 | not the alleged victims were, in fact, victims and didn't need |
| 14:38:09 | 14 | to reach that issue.  Instead, the Court looked to find whether |
| 14:38:13 | 15 | or not those alleged victims had actually received the rights |
| 14:38:18 | 16 | under the Crime Victim Rights Act, and it found that it had. |
| 14:38:22 | 17 | So in our pleading, Your Honor, we walked through the |
| 14:38:25 | 18 | Crime Victim Rights issue and what we did was we laid out what |
| 14:38:28 | 19 | the rights were and then we walked through how those rights had |
| 14:38:32 | 20 | been met. |
| 14:38:34 | 21 | ICE, in its pleadings, had made some fairly vitriolic |
| 14:38:39 | 22 | comments about never hearing from the Government and we'd never |
| 14:38:42 | 23 | made any effort to comply with those obligations, and we set |
| 14:38:45 | 24 | forth in fairly good detail, Your Honor -- I don't think we need |
| 14:38:49 | 25 | to go into it now -- the notice, timely, accurate and reasonable |

Change of Plea and Sentencing Proceedings

12

| | | |
|---|---|---|
| 14:38:54 | 1 | notice of the hearings, the fact that at all of the hearings |
| 14:38:59 | 2 | ICE's counsel has been present, has never been excluded from |
| 14:39:02 | 3 | court, has had an opportunity at every hearing, every hearing to |
| 14:39:06 | 4 | date, I guess with the exception of the arraignment this |
| 14:39:08 | 5 | morning, to address the Court. |
| 14:39:14 | 6 | There has been control between the Government and ICE's |
| 14:39:19 | 7 | counsel and that the Government and the Court and the Probation |
| 14:39:24 | 8 | Office have all permitted ICE to make its case for restitution. |
| 14:39:28 | 9 | And as a result of that, all of those things, that ICE had been |
| 14:39:31 | 10 | treated with fairness, dignity and respect through this process. |
| 14:39:39 | 11 | As a result of that, Your Honor, we believe that any |
| 14:39:40 | 12 | rights that ICE might be entitled to if they were considered a |
| 14:39:43 | 13 | victim have been met, and under the *Acker* standard then, the |
| 14:39:46 | 14 | Court need not necessarily wrestle with the more difficult issue |
| 14:39:50 | 15 | of ICE and whether they're a victim based on agency issues, but |
| 14:39:54 | 16 | we are troubled by, obviously, the past conduct, not saying that |
| 14:39:58 | 17 | ICE is not a much changed company today. |
| 14:40:01 | 18 | So that is, I think, the key, Your Honor.  I will just |
| 14:40:07 | 19 | raise this one issue, which is in response to our walking |
| 14:40:12 | 20 | through the different rights and the fact that the Government |
| 14:40:15 | 21 | has met those rights under the CVRA, there was a right of |
| 14:40:22 | 22 | conferral.  And in response to that, it seems as though ICE has |
| 14:40:25 | 23 | now focused its argument on the fact that prior to the filing of |
| 14:40:29 | 24 | the Indictment in this instance that the Government did not |
| 14:40:35 | 25 | confer with ICE's attorneys or ICE itself, and they hang their |

Change of Plea and Sentencing Proceedings

13

| | | |
|---|---|---|
| 14:40:41 | 1 | hat principally on a case called *In re Dean* which is out of |
| 14:40:45 | 2 | the Fifth Circuit. |
| 14:40:46 | 3 | Now, for a whole number of different reasons that we |
| 14:40:50 | 4 | addressed, I think, in a fairly lengthy footnote, we don't |
| 14:40:53 | 5 | believe, and it's the Department of Justice's position, that the |
| 14:40:58 | 6 | Crime Victim Rights Act does not create a right of conferral |
| 14:41:04 | 7 | prior to the filing of charges. |
| 14:41:06 | 8 | We think it's obvious from the face of the statute, if |
| 14:41:09 | 9 | the Court were to look at that particular section, it says to |
| 14:41:12 | 10 | speak to the attorney for the Government in "the" case and the |
| 14:41:19 | 11 | use of the definite article "the" suggests that it's not during |
| 14:41:24 | 12 | the investigation; it's once the charges are filed. |
| 14:41:27 | 13 | *In re Dean*, it does hold differently, but I would |
| 14:41:31 | 14 | point out to the Court that in that case it was assumed that |
| 14:41:35 | 15 | there was a prefiling right of conferral, and we believe that |
| 14:41:39 | 16 | the better logic and wisdom is with a case called *Huff Asset* |
| 14:41:44 | 17 | *Management* which was in the Second Circuit and involved the |
| 14:41:49 | 18 | Adelphia Cable Company and the Regis family, and we think that |
| 14:41:53 | 19 | that was better decided, that there is no right prior to the |
| 14:41:55 | 20 | filing of charges to discuss plea negotiations and the like. |
| 14:42:01 | 21 | So that's the issue on victim status.  And just |
| 14:42:05 | 22 | briefly, Your Honor, I'll just touch on restitution, which is |
| 14:42:10 | 23 | even if ICE is a victim, it just does not seem possible to |
| 14:42:16 | 24 | determine restitution in this case for two principal reasons: |
| 14:42:21 | 25 | 1.  What occurred here involved a corrupt tender |

Change of Plea and Sentencing Proceedings

14

| | | |
|---|---|---|
| 14:42:28 | 1 | process, so bribes were paid in order to win business.  As I |
| 14:42:31 | 2 | just described earlier, Your Honor, the whole system had issues. |
| 14:42:37 | 3 | One of the directors testified to receiving other |
| 14:42:39 | 4 | bribes from two different companies around the same time, |
| 14:42:43 | 5 | including being involved with yet another director who was doing |
| 14:42:45 | 6 | the same thing. |
| 14:42:47 | 7 | So in a tender process that's been corrupted, this |
| 14:42:52 | 8 | Court is required to actually have a nonspeculative, reasonable |
| 14:42:57 | 9 | estimation of damages, actual loss to the victim.  In fact, |
| 14:43:02 | 10 | there was a case, *United States v. Huff*, in which the |
| 14:43:06 | 11 | restitution award was reversed and remanded, vacated and |
| 14:43:11 | 12 | remanded, I should say, Your Honor, by the Eleventh Circuit |
| 14:43:12 | 13 | because the Eleventh Circuit found that the District Court did |
| 14:43:16 | 14 | not lay out all the specific facts to get to the actual loss |
| 14:43:21 | 15 | dollar amount. |
| 14:43:22 | 16 | I don't see how it would be possible, as many hours in |
| 14:43:26 | 17 | the day that there are, for this Court to unwind a transaction |
| 14:43:30 | 18 | that occurred over a decade ago in some instances, to figure out |
| 14:43:34 | 19 | who would have won that bid in that corrupt tender process and |
| 14:43:42 | 20 | at what price.  It's just not possible.  I don't see how it's |
| 14:43:44 | 21 | possible to do it. |
| 14:43:46 | 22 | The second point, Your Honor, is in order to try to do |
| 14:43:50 | 23 | that, to even try to accomplish that, the Court would delve into |
| 14:43:55 | 24 | a level of complexity and a process that would so prolong |
| 14:44:01 | 25 | sentencing that neither the Mandatory Victim Restitution Act nor |

Change of Plea and Sentencing Proceedings

15

14:44:06  1  the Victim Witness Protection Act would require the Court do

14:44:10  2  that.

14:44:11  3        It's very specific in both statutes, both restitution

14:44:15  4  statutes, that the Court, if it is unduly complex, it would

14:44:20  5  unduly prolong the sentencing process, need not engage in that

14:44:25  6  if it outweighs the need for restitution.

14:44:28  7        We make that very clear, I think, Your Honor, in our

14:44:31  8  brief.  If the Court were to simply review some of the damages

14:44:34  9  that are claimed by ICE here, they talk about things like

14:44:40 10  network problems and whether something was delivered or not

14:44:43 11  delivered or whether services were appropriately rendered and

14:44:49 12  whether products were good products or bad products.

14:44:52 13        Now, for a whole separate reason, I think that those

14:44:55 14  are commercial damages claims that are sort of parading as a

14:45:00 15  restitution issue.  I think that that would be very difficult to

14:45:05 16  do.  I don't know how it would be possible for us to try to

14:45:08 17  figure out whether or not Alcatel delivered a good product to

14:45:13 18  ICE and whether they used it properly.

14:45:15 19        That's a civil action, a commercial dispute between two

14:45:18 20  sophisticated entities that's actually playing itself out in a

14:45:23 21  Costa Rican court right now.

14:45:24 22        So, Your Honor, the short answer -- I think I said it

14:45:28 23  was going to be a short answer awhile ago.  The short answer,

14:45:31 24  Your Honor, is the Government does not believe that ICE is a

14:45:35 25  victim based on the facts laid out in our brief.

| | | |
|---|---|---|
| 14:45:38 | 1 | We think that it would be very troubling indeed if they |
| 14:45:42 | 2 | were to be deemed a victim, but the Court need not decide that. |
| 14:45:45 | 3 | The Court need only find that their rights under the Crime |
| 14:45:49 | 4 | Victim Rights Act have been afforded to them, which we believe |
| 14:45:53 | 5 | that they have. |
| 14:45:54 | 6 | Moreover, Your Honor, even if they are considered a |
| 14:45:57 | 7 | victim, under the restitution statutes this Court cannot deliver |
| 14:46:03 | 8 | a speculative loss amount and the Court need not make complex |
| 14:46:08 | 9 | and unduly lengthy proceedings, engage in unduly lengthy |
| 14:46:14 | 10 | proceedings, in order to try to determine it. |
| 14:46:16 | 11 | I think the best evidence, Your Honor, of how complex |
| 14:46:19 | 12 | this would be, besides the fact that there are now nine lawyers |
| 14:46:23 | 13 | representing ICE, they filed pleadings that have more than 1,300 |
| 14:46:28 | 14 | pages of exhibits and the Court's order, findings of fact and |
| 14:46:33 | 15 | conclusions of law in Costa Rica, following six years of |
| 14:46:35 | 16 | litigation and a whole year-long trial, was 2,000 pages and they |
| 14:46:39 | 17 | said that they couldn't determine what the damages were six |
| 14:46:45 | 18 | years later.  One-year trial, 2,000 pages, they couldn't figure |
| 14:46:50 | 19 | it out. |
| 14:46:51 | 20 | So from that perspective, Your Honor, I think that |
| 14:46:53 | 21 | restitution is not warranted here and outweighs the need -- I |
| 14:46:57 | 22 | should say that the complexity and the delay outweigh the need |
| 14:47:01 | 23 | for restitution here. |
| 14:47:01 | 24 | THE COURT:  Let me hear from ICE and then I'll be |
| 14:47:04 | 25 | prepared to rule. |

| | | |
|---|---|---|
| 14:47:09 | 1 | **MR. WIAND:** Okay. Your Honor, I am Burt Wiand and I |
| 14:47:13 | 2 | represent Instituto Costarricense de Electricidad. With me |
| 14:47:14 | 3 | today is my colleague, Gianluca Morello, and Jordan Maglich. |
| 14:47:15 | 4 | Also with us here today is Julietta -- |
| 14:47:16 | 5 | **THE COURT:** Counsel, microphone, please. |
| 14:47:18 | 6 | **MR. WIAND:** Okay. Also with us here today is Julietta |
| 14:47:19 | 7 | Bajarano who is the director of the Instituto legal division for |
| 14:47:20 | 8 | ICE. That's essentially General Counsel for the company. She |
| 14:47:34 | 9 | has that position now. She had that position from 2000 to 2004. |
| 14:47:40 | 10 | Also with us here is Oman Calderón who is another attorney for |
| 14:47:55 | 11 | ICE who has participated in the criminal proceedings in Costa |
| 14:47:55 | 12 | Rica where all of the individuals who are involved with the |
| 14:47:59 | 13 | bribery scandal there, due in part to the activities of ICE, |
| 14:48:05 | 14 | were brought to justice. |
| 14:48:07 | 15 | I'd like to start out by talking a little bit how we |
| 14:48:10 | 16 | got here, and as this Court is aware, this case involves |
| 14:48:17 | 17 | worldwide corruption. In 2004, the tip of the iceberg appeared |
| 14:48:23 | 18 | when it was uncovered that there was a bribery scandal going on |
| 14:48:27 | 19 | at ICE. |
| 14:48:29 | 20 | There was prompt termination of the individuals |
| 14:48:33 | 21 | involved, and there was prompt prosecution of those individuals. |
| 14:48:36 | 22 | It has, indeed, gone on for a long time, but all of those |
| 14:48:42 | 23 | individuals involved in that were brought to justice. There was |
| 14:48:45 | 24 | prompt action by the company to get rid of them, and the |
| 14:48:51 | 25 | allegations of the Justice Department with respect to this nest |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:48:55 | 1 | of whatever it calls at ICE, based upon newspaper articles and |
| 14:49:01 | 2 | the comments of criminals who were bribing the people at ICE, |
| 14:49:05 | 3 | is, frankly, false. |
| 14:49:07 | 4 | The evidence before you is the affidavit of |
| 14:49:11 | 5 | Ms. Bajarano and an affidavit from ICE's then president, ICE |
| 14:49:20 | 6 | Costa Rica, Mr. Valverde, who was the individual who was |
| 14:49:24 | 7 | directing the activities for Alcatel in Costa Rica, that said |
| 14:49:27 | 8 | other than the individuals who participated in the bribery |
| 14:49:30 | 9 | scandal at issue at ICE, he knew of no way that anybody else |
| 14:49:35 | 10 | could have known about that. |
| 14:49:37 | 11 | Now, when this scandal came out, Alcatel denied all |
| 14:49:42 | 12 | wrongdoing and filed actions against Edgar Valverde and |
| 14:49:48 | 13 | Christian Sapsizian charging that they were rogue employees and |
| 14:49:53 | 14 | acted alone. |
| 14:49:54 | 15 | They denied any responsibility for what occurred there, |
| 14:49:57 | 16 | saying it was an individual action, which we now know was a |
| 14:50:01 | 17 | worldwide orchestrated program of corruption through this |
| 14:50:04 | 18 | company. |
| 14:50:05 | 19 | In 2006, Christian Sapsizian, who had essentially been |
| 14:50:10 | 20 | a low-level bag man that went around and established contracts |
| 14:50:15 | 21 | with the various, what they called consultants in various |
| 14:50:20 | 22 | countries throughout Latin America, was arrested going through |
| 14:50:27 | 23 | Miami as a material witness.  He quickly became a cooperating |
| 14:50:33 | 24 | witness for the Government, and he laid out all of the facts of |
| 14:50:35 | 25 | what went on, the fraudulent system of documents that were |

Change of Plea and Sentencing Proceedings

19

| | | |
|---|---|---|
| 14:50:40 | 1 | utilized by Alcatel.  He listed twenty companies that were |
| 14:50:50 | 2 | involved. |
| 14:50:50 | 3 | In 2007, Sapsizian pled guilty to conspiracy and aiding |
| 14:50:53 | 4 | and abetting the Foreign Corrupt Practices Act violations that |
| 14:50:56 | 5 | were violations of Alcatel. |
| 14:50:58 | 6 | At that time he was charged with bribery and also money |
| 14:51:04 | 7 | laundering.  The documentation indicates the countries involved |
| 14:51:10 | 8 | were Chile, Costa Rica, Honduras, Mexico, Brazil and Belize. |
| 14:51:17 | 9 | The primary focus was, of course, Costa Rica and ICE was the |
| 14:51:22 | 10 | company whose directors and employees were bribed, and it's |
| 14:51:25 | 11 | obvious from the allegations in that case, which are very |
| 14:51:30 | 12 | similar to the one that's before you now, that those are the |
| 14:51:34 | 13 | same cases. |
| 14:51:36 | 14 | Indeed, the Government, at that time, indicated that |
| 14:51:40 | 15 | that case was leading to this one, and that Mr. Sapsizian had |
| 14:51:45 | 16 | been the individual who had unburied the bones, essentially, and |
| 14:51:50 | 17 | that they couldn't have handled the case without him. |
| 14:51:52 | 18 | Indeed, when Judge Seitz sentenced him, she indicated |
| 14:51:56 | 19 | because of his cooperation, which is the greatest she had seen |
| 14:52:00 | 20 | in her history on the bench, she also stated that in light of his |
| 14:52:04 | 21 | cooperation, she forgave him on behalf of the people of the United |
| 14:52:11 | 22 | States. |
| 14:52:12 | 23 | The Government acknowledged that he brought down this |
| 14:52:16 | 24 | scheme.  Alcatel had not come forward to that point, and |
| 14:52:22 | 25 | finally, because of the evidence Sapsizian brought forward, they |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:52:26 | 1 | changed their tact and decided that they were now going to |
| 14:52:31 | 2 | cooperate. |
| 14:52:36 | 3 | During the entire period of time of the Sapsizian |
| 14:52:39 | 4 | pleading and process, conviction, sentencing, there was never |
| 14:52:44 | 5 | any notice provided to ICE or anybody with ICE.  It's also |
| 14:52:50 | 6 | important for the Court to know that prior to today, the |
| 14:52:56 | 7 | Government has never reached out to ICE for any information of |
| 14:53:00 | 8 | any kind. |
| 14:53:01 | 9 | We have also filed a letter from the Costa Rican |
| 14:53:04 | 10 | prosecutors that indicated that the Government never asked the |
| 14:53:08 | 11 | Costa Rican prosecutors to provide any information from ICE. |
| 14:53:11 | 12 | So, thus, the Government comes before you and says these are all |
| 14:53:15 | 13 | bad people, but they don't have any evidence of it except the |
| 14:53:18 | 14 | people who have bribed them who are trying to get out from under |
| 14:53:21 | 15 | the gun and saying, well, it was really them. |
| 14:53:23 | 16 | I suggest logic tells us that that's not an |
| 14:53:25 | 17 | unreasonable thing to think someone in that situation would say. |
| 14:53:30 | 18 | At any rate, this was not some rampant thing going on at ICE. |
| 14:53:37 | 19 | Now, Sapsizian was sentenced to 30 months.  He has |
| 14:53:42 | 20 | since been released.  During the course of that proceeding |
| 14:53:48 | 21 | before he was released, I sent letters to Judge Seitz and asked |
| 14:53:53 | 22 | her if we could participate in any further proceedings in that |
| 14:53:56 | 23 | case.  She didn't think there were going to be any. |
| 14:53:59 | 24 | Mr. Sapsizian's lawyer had told me that he believed |
| 14:54:02 | 25 | that the Government was going to file a motion to have him |

| | | |
|---|---|---|
| 14:54:05 | 1 | released early based upon his cooperation as soon as this |
| 14:54:08 | 2 | Alcatel case was filed. |
| 14:54:11 | 3 | Having been advised of that, I talked with the |
| 14:54:18 | 4 | Government and asked for information about Mr. Sapsizian, about |
| 14:54:22 | 5 | his release time, things of that nature that a victim is |
| 14:54:26 | 6 | entitled to know.  I was told I could be provided with no |
| 14:54:29 | 7 | information. |
| 14:54:29 | 8 | THE COURT:  Well, that's because you were assuming the |
| 14:54:31 | 9 | fact not in evidence, that you were the victim. |
| 14:54:34 | 10 | MR. WIAND:  Judge, I think that -- |
| 14:54:37 | 11 | THE COURT:  I think you're throwing a lot of stones in |
| 14:54:41 | 12 | Mr. Duross's direction, but if he has acted in what he thinks is |
| 14:54:46 | 13 | the appropriate way under the statute, I don't think it's |
| 14:54:49 | 14 | appropriate for ICE to treat him in that manner. |
| 14:54:54 | 15 | MR. WIAND:  Your Honor, I don't -- I understand that |
| 14:55:00 | 16 | Mr. Duross says that there's been a calculated decision not |
| 14:55:06 | 17 | to -- for some reason that ICE is not a victim. |
| 14:55:10 | 18 | I would submit to the Court that if you read the |
| 14:55:13 | 19 | plethora of case law, that conclusion is very, very hard to |
| 14:55:15 | 20 | reach.  I think, Judge, that there is actually information in |
| 14:55:19 | 21 | the public sector from people at the Department of Justice that |
| 14:55:22 | 22 | indicate why that decision was made and it was not because of |
| 14:55:27 | 23 | the things that the Justice Department -- |
| 14:55:30 | 24 | THE COURT:  Then, what is it? |
| 14:55:31 | 25 | MR. WIAND:  Well -- |

Change of Plea and Sentencing Proceedings

22

| | |
|---|---|
| 14:55:34 | 1 |
| 14:55:36 | 2 |
| 14:55:42 | 3 |
| 14:55:48 | 4 |
| 14:55:49 | 5 |
| 14:55:54 | 6 |
| 14:56:04 | 7 |
| 14:56:13 | 8 |
| 14:56:18 | 9 |
| 14:56:23 | 10 |
| 14:56:28 | 11 |
| 14:56:39 | 12 |
| 14:56:45 | 13 |
| 14:56:49 | 14 |
| 14:56:57 | 15 |
| 14:57:02 | 16 |
| 14:57:05 | 17 |
| 14:57:11 | 18 |
| 14:57:16 | 19 |
| 14:57:19 | 20 |
| 14:57:24 | 21 |
| 14:57:28 | 22 |
| 14:57:34 | 23 |
| 14:57:41 | 24 |
| 14:57:46 | 25 |

THE COURT:  I've read Mr. Duross's filing, it seems to be -- you know, my decision will be announced in a minute -- but it doesn't seem to be made without thought and analysis of the statute involved.

MR. WIAND:  Your Honor, if I might, the Department of Justice had in place a policy with respect to dealing with these foreign companies, and that policy was, as indicated by Mark Mendelsohn, the former chief of the Foreign Corrupt Practices Act, that there is grave danger that you're returning money to people that took bribes in the first place.  The last thing one wants to do is to fuel corruption in the name of fighting it.

Then William Jackson, his former assistant, states that, we've thought at DOJ from time to time about giving restitution, giving money to some of these governments.  The problem is most -- by definition, you're talking about corrupt governments, so we decided it really wasn't the way to go.  Maybe in some FCPA cases it's okay, in others it's not, but as a matter of course DOJ does not do it that way.

Judge, I submit to you that's how we got here, was the fact that DOJ doesn't do it that way even though the CVRA says you have to.

Now, from 2007 until today, there has been no significant contact from the Department of Justice with ICE to inquire about any substantive matters.  At one point in time Mr. Duross asked me for my views with respect to why we were a

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 14:57:50 | 1 | victim.  I provided him a letter that laid out the basic tenets |
| 14:57:54 | 2 | of why I believe we are a victim and I included with that a |
| 14:57:57 | 3 | 50-page brief and 1,300 pages of documents supporting it.  I was |
| 14:58:02 | 4 | told that this didn't have anything to do with the issue. |
| 14:58:08 | 5 | Then we continued to ask the Department of Justice for |
| 14:58:12 | 6 | their position with respect to this issue of why we were not a |
| 14:58:16 | 7 | victim.  On two occasions we submitted letters in that regard. |
| 14:58:20 | 8 | Those letters were not responded to. |
| 14:58:23 | 9 | And then it was not until we filed our petition that we |
| 14:58:29 | 10 | indeed got a response from the Department of Justice as to what |
| 14:58:32 | 11 | their view was on this issue. |
| 14:58:35 | 12 | In that regard, we had previously contacted the |
| 14:58:40 | 13 | Probation Department.  We've contacted others in order to try to |
| 14:58:45 | 14 | get some status in order to be considered a victim so that, |
| 14:58:50 | 15 | pursuant to this statute, we could assert the rights that |
| 14:58:55 | 16 | Congress guaranteed to my clients. |
| 14:59:00 | 17 | Now, it's important that, Judge, that we note that with |
| 14:59:05 | 18 | respect to the inquiries by the Department of Justice or any |
| 14:59:09 | 19 | communication, at no time were we ever asked any questions with |
| 14:59:16 | 20 | respect to what harm ICE had had, nor were we asked what role |
| 14:59:22 | 21 | ICE had in the bribery conduct. |
| 14:59:25 | 22 | So the Department of Justice, pursuant to the Victim |
| 14:59:36 | 23 | Rights Act, has the responsibility to use its best efforts to |
| 14:59:40 | 24 | determine these things and it did not. |
| 14:59:45 | 25 | In all, there have been five individuals -- six |

Change of Plea and Sentencing Proceedings

24

| | | |
|---|---|---|
| 14:59:50 | 1 | individuals from ICE out of 16,500 employees prosecuted.  These |
| 14:59:56 | 2 | were the people that were revealed to have been involved in this |
| 15:00:00 | 3 | scandal, and these people have been brought to justice. |
| 15:00:04 | 4 | The Justice Department has also suggested that since |
| 15:00:09 | 5 | that time there have been three other individuals, or two other |
| 15:00:13 | 6 | individuals who have been involved in corrupt transactions.  All |
| 15:00:19 | 7 | of those officials are no longer with the company.  They have |
| 15:00:23 | 8 | been terminated and/or prosecuted and on some occasions they |
| 15:00:27 | 9 | have been required to pay back funds to ICE. |
| 15:00:30 | 10 | ICE has had procedures in place throughout this period |
| 15:00:34 | 11 | of time, as indicated in the affidavit of Ms. Bajarano, that |
| 15:00:41 | 12 | advise the employees that any such corrupt conduct was illegal |
| 15:00:45 | 13 | and any incident of that that has been brought up by the |
| 15:00:49 | 14 | Department of Justice, we have demonstrated that it was promptly |
| 15:00:53 | 15 | and thoroughly dealt with. |
| 15:00:54 | 16 | Now, with respect to this matter, my client has |
| 15:01:04 | 17 | suffered significant damage.  The Government has determined that |
| 15:01:09 | 18 | this damage was because of inequality in a bidding process.  We |
| 15:01:15 | 19 | have submitted that information.  We didn't mention that. |
| 15:01:18 | 20 | What we mentioned is that through this process and the |
| 15:01:23 | 21 | bribing of individuals who fostered the acceptance of this |
| 15:01:29 | 22 | contract, and through the bribing of the individuals who |
| 15:01:32 | 23 | monitored and accepted the goods as they came in, that this |
| 15:01:36 | 24 | company did not receive what it bought. |
| 15:01:41 | 25 | And the Court should understand that with respect to |

Change of Plea and Sentencing Proceedings

25

| | | |
|---|---|---|
| 15:01:43 | 1 | the major purchase, $149 million worth of TSM lines, that this |
| 15:01:49 | 2 | purchase was financed, my client had to pay for it and then it |
| 15:01:53 | 3 | was never delivered because, in part, of this bribery scandal, |
| 15:01:58 | 4 | and we have detailed for the Probation Office how these matters |
| 15:02:04 | 5 | work out, and I think that we have laid them out fairly |
| 15:02:09 | 6 | detailed. |
| 15:02:10 | 7 | Now, it's important to note that after Sapsizian's |
| 15:02:21 | 8 | conviction it was announced in January 2010, not 2011, but in |
| 15:02:27 | 9 | 2010, by Alcatel that it had reached these three plea agreements |
| 15:02:32 | 10 | and the deferred prosecution agreements, and they announced in |
| 15:02:34 | 11 | their disclosure the specified amounts of the fines and what the |
| 15:02:39 | 12 | relief was going to be.  So, this agreement was reached 16 |
| 15:02:44 | 13 | months ago, 17 months ago, and it was not filed until December |
| 15:02:50 | 14 | of this year [sic]. |
| 15:02:56 | 15 | Then, it was not initially moved forward for a couple |
| 15:03:00 | 16 | of months after that, but albeit that was because Judge Seitz |
| 15:03:04 | 17 | had a conflict and it moved from judge to judge and fortunately |
| 15:03:10 | 18 | or unfortunately for you, Judge, it landed here. |
| 15:03:19 | 19 | Now, with respect to the deal that has been struck and |
| 15:03:25 | 20 | the documents that are before the Court, I submit to you that |
| 15:03:31 | 21 | these documents and the agreements under the CVRA are not |
| 15:03:40 | 22 | agreements that can be entered, and we have requested you to |
| 15:03:45 | 23 | reject the deal, to determine that we are a victim, and to |
| 15:03:52 | 24 | enforce at an appropriate time our rights as a victim. |
| 15:03:59 | 25 | With respect to rejecting the deal, we think that you |

| | | |
|---|---|---|
| 15:04:06 | 1 | should consider the following:  You should consider whether it's |
| 15:04:10 | 2 | appropriate for you to accept a deferred prosecution agreement |
| 15:04:14 | 3 | in this case.  You should consider whether or not the agreements |
| 15:04:21 | 4 | are appropriate and whether the penalties are appropriate, which |
| 15:04:25 | 5 | we submit they are not, and we submit that you should consider |
| 15:04:28 | 6 | whether or not there's been a failure to comply with the CVRA |
| 15:04:32 | 7 | and a failure to provide mandatory restitution. |
| 15:04:35 | 8 | Indeed, we agree, Judge, that our view of this |
| 15:04:41 | 9 | transaction is that if it goes forward and it is accepted as an |
| 15:04:49 | 10 | 11(c)(1)(C) plea that there can be no restitution.  I think this |
| 15:04:57 | 11 | was dealt with in such a way that it attempted to avoid this and |
| 15:05:04 | 12 | had it not been for ICE clawing its way into this case, it would |
| 15:05:10 | 13 | have gone forward that way. |
| 15:05:11 | 14 | Now, let's talk about the deferred prosecution |
| 15:05:14 | 15 | agreement.  First, Judge, I think the standards that the Court |
| 15:05:17 | 16 | needs to look to in order to determine whether or not this |
| 15:05:21 | 17 | should be accepted are those that are laid out by the Department |
| 15:05:25 | 18 | of Justice itself in the McNulty Memo. |
| 15:05:29 | 19 | The McNulty Memo lays out a series of considerations |
| 15:05:35 | 20 | that should be considered as to whether or not these should go |
| 15:05:39 | 21 | forward.  Accepting this kind of deal is totally within the |
| 15:05:42 | 22 | discretion of the Court. |
| 15:05:43 | 23 | First, one should look at the nature and seriousness of |
| 15:05:47 | 24 | the offenses.  I submit to you that the nature and seriousness |
| 15:05:49 | 25 | of these are an international, worldwide conspiracy of |

15:05:53  1    corruption that went on for decades.  It is an extremely serious

15:05:56  2    case.

15:05:57  3          Was it persuasive within the corporation?  Judge, the

15:06:01  4    documents and the information that we filed with this Court

15:06:03  5    indicated that there was an entire system of management of these

15:06:07  6    corrupt practices that went through subsidiaries and ended up

15:06:12  7    with an executive of the company in Switzerland who approved and

15:06:17  8    documented all of these contracts in a worldwide coordinated

15:06:21  9    manner.

15:06:22  10         Was there a history of similar conduct?  I think the

15:06:25  11   20-year history of this conduct certainly indicates that there

15:06:28  12   is not much credit there.

15:06:31  13         Timely and voluntary disclosure and cooperation:

15:06:36  14   Alcatel was drug kicking and screaming to justice in this case

15:06:41  15   and repeatedly denied and filed diversionary actions to avoid

15:06:50  16   any recognition of its responsibility in these matters.

15:06:54  17         Have there been any remedial actions?  There have not

15:06:59  18   been.  Alcatel has fought tooth and nail with respect to

15:07:05  19   avoiding any remedial action or any amelioration of its wrongs.

15:07:16  20   I think counsel and the Department reflected that there was a

15:07:21  21   settlement with the Government of Costa Rica and that they paid

15:07:25  22   $10 million.

15:07:27  23         I think, Judge, you need to understand what that was

15:07:29  24   all about.  That was part of the criminal proceeding in Costa

15:07:32  25   Rica where the people of Costa Rica are allowed to seek what's

Change of Plea and Sentencing Proceedings

28

15:07:37   1   called moral damages.  Companies can seek moral damages, too.

15:07:44   2   Alcatel settled with the Government of Costa Rica for $10

15:07:47   3   million, and part of the agreement was that the Government of

15:07:52   4   Costa Rica acknowledge that there was a lack of wrongdoing on

15:07:55   5   behalf of the Alcatel.

15:07:57   6          A $70 million settlement was proposed to ICE which was

15:08:01   7   rejected because ICE chose not to accept language that indicated

15:08:06   8   that ICE -- I mean that Alcatel had not engaged in any

15:08:08   9   wrongdoing.

15:08:10   10          And any representation of that settlement with the

15:08:14   11   Government of Costa Rica is clearly inaccurate and it is

15:08:18   12   documented in the exhibits we filed and the affidavit of

15:08:22   13   Ms. Bajarano.

15:08:22   14          Now, with respect to the collateral consequences, there

15:08:29   15   appear to be none.  The adequacy of the prosecution of

15:08:34   16   individuals:  Judge, this was a crime that nobody did.  It's

15:08:40   17   solely the corporate entity and primarily subsidiaries are

15:08:45   18   taking the brunt of this.

15:08:47   19          This was an international corrupt organization that ran

15:08:54   20   for 20 years by the evidence before this Court and nobody did

15:08:58   21   it.  The only person who has been brought to justice is

15:09:03   22   Christian Sapsizian, the man who unveiled the evidence and

15:09:09   23   brought this case forward.

15:09:15   24          With respect to the civil regulatory remedies

15:09:19   25   available, I would have to say there are some.  If you add those

| | | |
|---|---|---|
| 15:09:22 | 1 | up -- maybe there's 9 or 10 -- there's only one that in this |
| 15:09:28 | 2 | situation should even get half a consideration of why this |
| 15:09:31 | 3 | should go forward. |
| 15:09:33 | 4 | In addition, Judge, I think it's very important for you |
| 15:09:35 | 5 | to be aware that Alcatel continues to deny responsibility and at |
| 15:09:40 | 6 | the same time it comes before this Court acknowledging its |
| 15:09:44 | 7 | wrongdoing, it has a lawyer in Costa Rica who is standing up and |
| 15:09:47 | 8 | saying the company is blameless, and it was solely the fault of |
| 15:09:53 | 9 | Sapsizian and Valverde with respect to what occurred there. |
| 15:09:58 | 10 | The plea agreements before you, Judge, prove that that |
| 15:10:00 | 11 | is not true and the deferred prosecution agreement specifically |
| 15:10:05 | 12 | provides that Alcatel cannot make those statements, and they are |
| 15:10:09 | 13 | already making them and the ink is hardly dry on the agreements |
| 15:10:16 | 14 | themselves and, Judge, you haven't even put your ink on it. |
| 15:10:19 | 15 | Now -- |
| 15:10:20 | 16 | **THE COURT:**  Anything else, counsel? |
| 15:10:22 | 17 | **MR. WIAND:**  Yes, ma'am. |
| 15:10:24 | 18 | With respect to the penalty that is suggested in these |
| 15:10:26 | 19 | agreements, I submit to you, Judge, that it is inappropriate |
| 15:10:29 | 20 | because, one, it does not include restitution, and it does not |
| 15:10:34 | 21 | reflect the crimes that are involved here. |
| 15:10:36 | 22 | Those crimes would include money laundering, wire |
| 15:10:38 | 23 | fraud, mail fraud, racketeering.  Those crimes have not been |
| 15:10:43 | 24 | mentioned. |
| 15:10:45 | 25 | And further beyond that, Judge, if you look at the |

Change of Plea and Sentencing Proceedings

| | |
|---|---|
| 15:10:48 | 1 |
| 15:10:53 | 2 |
| 15:11:00 | 3 |
| 15:11:06 | 4 |
| 15:11:10 | 5 |
| 15:11:17 | 6 |
| 15:11:23 | 7 |
| 15:11:26 | 8 |
| 15:11:29 | 9 |
| 15:11:30 | 10 |
| 15:11:34 | 11 |
| 15:11:39 | 12 |
| 15:11:48 | 13 |
| 15:11:53 | 14 |
| 15:12:02 | 15 |
| 15:12:04 | 16 |
| 15:12:09 | 17 |
| 15:12:16 | 18 |
| 15:12:19 | 19 |
| 15:12:26 | 20 |
| 15:12:30 | 21 |
| 15:12:34 | 22 |
| 15:12:43 | 23 |
| 15:12:48 | 24 |
| 15:12:54 | 25 |

calculation of the penalty itself in this matter, you would find that it is based upon a 2D1 base level of 6 rather than a base level of 2C1.1 that would indicate a base level of 12.

If you then take the Government's numbers with respect to what they say, the offense involved more than one bribe would add 2.  The value of the benefit received was 20 to 50 million. That's based upon what's in the papers.  The offense involved a public -- a high-level official.  That's a plus 4.  You come up to 40.

That indicates that the base fine is $72.5 million. You use the Justice Department's and Alcatel's multiplier and you come up with a fine range of $130,500,000 to $261,000,000. Those are calculations that are, I think, clear with respect to the nature of the crime, that being bribery, and the wrong section was applied with respect to these crimes.

Further, Judge, I think we need to look at what's being done here.  There is a $92 million fine to be paid. Alcatel-Lucent had revenues of $21.2 million last year.  In the last ten years they had revenues of almost $200 billion.

The amount of this fine is extremely low compared to that, especially when it's included -- there's no inclusion of restitution.  If you look at the *Exxon Valdez* cases or the *BP* cases, there fines of similar amounts have not been accepted without significant restitution, and in the *BP* case we all know that's billions.

| | | |
|---|---|---|
| 15:12:55 | 1 | Now, also this -- |
| 15:13:01 | 2 | **THE COURT:**  Counsel, can you begin to sum up, please? |
| 15:13:03 | 3 | I've read the pleadings. |
| 15:13:05 | 4 | **MR. WIAND:**  All right.  I will go more quickly, Judge. |
| 15:13:11 | 5 | With respect to the CVRA, I think that I would like to |
| 15:13:14 | 6 | explain, Judge, that the right to confer that we were denied, I |
| 15:13:18 | 7 | think, is the most important.  We have specified the others, but |
| 15:13:21 | 8 | with respect to conference, that means something other than, |
| 15:13:24 | 9 | "I'm sorry you're not a victim.  I'm not going to talk to you." |
| 15:13:28 | 10 | In that situation how can the Government come before |
| 15:13:31 | 11 | this Court and say that there are no damages or what the nature |
| 15:13:33 | 12 | of the damages are or any of those kind of things that are |
| 15:13:37 | 13 | necessary in order to go forward with the plea when they've |
| 15:13:39 | 14 | never asked?  And they have never asked. |
| 15:13:43 | 15 | Then they come to this position here and they say, |
| 15:13:48 | 16 | "Well, we don't have any information on that, essentially, and |
| 15:13:52 | 17 | therefore there can't be any restitution."  That's not the best |
| 15:13:55 | 18 | efforts for anybody, Judge.  That's a situation where a victim |
| 15:13:59 | 19 | entitled to restitution is not being provided with the rights of |
| 15:14:04 | 20 | the CVRA. |
| 15:14:06 | 21 | We are a victim under the MVRA.  That is someone who is |
| 15:14:12 | 22 | damaged by direct or proximate -- directly or proximately |
| 15:14:21 | 23 | damaged by the conduct and when it involves a scheme as it does |
| 15:14:25 | 24 | here, it's any conduct within that scheme. |
| 15:14:28 | 25 | We have cited a tremendous number of cases to the Court |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 15:14:31 | 1 | with respect to the fact that we should be a victim.  There are |
| 15:14:38 | 2 | but two arguments that have been made.  One of them is that this |
| 15:14:42 | 3 | conviction does not involve property. |
| 15:14:46 | 4 | I don't know how that can really flow, I mean, if we |
| 15:14:49 | 5 | look at property, we've got $18 million in bribes.  We've got |
| 15:14:53 | 6 | $400 million in contracts, and we've got contract rights which |
| 15:14:57 | 7 | are property rights. |
| 15:14:59 | 8 | Further, this case clearly involves fraud and deceit. |
| 15:15:03 | 9 | It involves the making of false books and records.  It involves |
| 15:15:06 | 10 | the bribing of people.  If you look at 1341 and the *Schilling* |
| 15:15:11 | 11 | case that is clearly fraudulent conduct, and under the MVRA, |
| 15:15:17 | 12 | that is clearly conduct that we are entitled to compensation |
| 15:15:22 | 13 | for. |
| 15:15:22 | 14 | The second thing is we are a participant.  I think I've |
| 15:15:26 | 15 | been through that a bit, Judge, and I don't think I need to go |
| 15:15:29 | 16 | through the facts on that, but I think I do need to go through |
| 15:15:32 | 17 | the cases. |
| 15:15:33 | 18 | Note in what's been filed with you, Judge, that the |
| 15:15:34 | 19 | Government has come up with no case -- no case -- that supports |
| 15:15:39 | 20 | their position that someone in ICE's position should not be |
| 15:15:45 | 21 | given victim status and restitution. |
| 15:15:48 | 22 | They cite several cases.  *Lazarenko*.  In *Lazarenko*, |
| 15:15:53 | 23 | where restitution was denied, the individual was named as a |
| 15:16:02 | 24 | coconspirator in the action.  With respect to *Reifler*, it was |
| 15:16:07 | 25 | the same case, they were giving money to nominees of the |

| | | |
|---|---|---|
| 15:16:12 | 1 | mobsters who were indicted in the scheme and were indicted and |
| 15:16:15 | 2 | convicted in the case. |
| 15:16:16 | 3 | I submit that if you look at *Ojeikere*, that case is |
| 15:16:19 | 4 | actually very helpful to us. Then they cite Local 418 which is |
| 15:16:26 | 5 | an NLRB case that indicated that where the individuals who |
| 15:16:31 | 6 | received the bribes were acting with the authority and on behalf |
| 15:16:35 | 7 | of the union, that they could be responsible for it. |
| 15:16:39 | 8 | They didn't cite to you *International Longshoremen v.* |
| 15:16:43 | 9 | *NLRB*, a case that reviewed that, and indicated that you had to |
| 15:16:49 | 10 | have authorized action on behalf of an agent. You had to have |
| 15:16:53 | 11 | them acting for the benefit of the entity and/or the conduct had |
| 15:16:57 | 12 | to be ratified. |
| 15:16:58 | 13 | It is clear that none of that occurred here, and I |
| 15:17:01 | 14 | suggest to you, Judge, that there is a case called *Kamuvaka* that |
| 15:17:08 | 15 | is cited to the Court that relates to Medicare, which you |
| 15:17:10 | 16 | brought up, in Pennsylvania where the entire office apparently |
| 15:17:14 | 17 | of the City of Philadelphia that was doing this was involved in |
| 15:17:18 | 18 | this scheme, and the Court indicated in that case that because |
| 15:17:23 | 19 | this was a governmental entity, that it was appropriate even if |
| 15:17:28 | 20 | a majority of these people were involved in the scheme that |
| 15:17:30 | 21 | restitution be paid to the City of Philadelphia. |
| 15:17:33 | 22 | So -- and then, finally, Judge, I would like you to |
| 15:17:36 | 23 | look at the *Williams* case, *Williams Gaming* case, which analyzes |
| 15:17:41 | 24 | this agency relationship, and that case clearly indicates that |
| 15:17:45 | 25 | in connection with a situation such as this, where you would |

Change of Plea and Sentencing Proceedings

34

| | | |
|---|---|---|
| 15:17:49 | 1 | have a few people within a company, a situation as the |
| 15:17:55 | 2 | Government has argued that maybe ICE was negligent in not |
| 15:17:59 | 3 | stopping these people, that if that was the case, that |
| 15:18:03 | 4 | negligence is of no merit, and that they still could not be |
| 15:18:12 | 5 | found liable based upon the unauthorized acts of a few |
| 15:18:15 | 6 | individuals within a corporation. |
| 15:18:18 | 7 | As I said, you know, we presented to the Court evidence |
| 15:18:24 | 8 | here that this was not clearly known throughout ICE.  The |
| 15:18:27 | 9 | Government has submitted some newspaper articles. |
| 15:18:30 | 10 | Since we are a victim, then I want to step to what |
| 15:18:35 | 11 | rights we have.  I talked about the rights in the notice that we |
| 15:18:42 | 12 | are entitled to.  I talked about the rights to confer that are |
| 15:18:47 | 13 | very meaningful rights, and I would suggest to you that one |
| 15:18:51 | 14 | cannot ignore *Dean*, a Fifth Circuit case, that is on point on |
| 15:18:55 | 15 | this issue. |
| 15:18:56 | 16 | None of the cases cited by the Government are on point |
| 15:19:00 | 17 | with respect to this issue and also you'll find that *Dean* is |
| 15:19:06 | 18 | also favorably cited by *Rubin* and -- the *Rubin* case and the *Okun* |
| 15:19:11 | 19 | case that we have provided to you. |
| 15:19:14 | 20 | Now, also under the CVRA, the best efforts on behalf of |
| 15:19:18 | 21 | the Government are required.  I think I've gone through the fact |
| 15:19:21 | 22 | that these best efforts were not exercised by the Government and |
| 15:19:29 | 23 | there was no attempt to gather information with respect to the |
| 15:19:33 | 24 | plight of ICE or with respect to any factual basis upon which |
| 15:19:38 | 25 | the Department made its determination. |

| 15:19:40 | 1 | Coming before this Court without having done that, |
| 15:19:43 | 2 | Judge, does not satisfy the standard of best efforts to look out |
| 15:19:48 | 3 | for victims who are victims of Title 18 crimes.  It's the |
| 15:19:54 | 4 | Government's obligation to use its best efforts to get that |
| 15:19:58 | 5 | information and to communicate with the victims.  That has not |
| 15:20:02 | 6 | occurred in this situation. |
| 15:20:06 | 7 | It is obvious, if you look at the Sapsizian case, if we |
| 15:20:13 | 8 | hadn't started coming before this Court, we would have gotten no |
| 15:20:16 | 9 | notice and we would not be here. |
| 15:20:19 | 10 | Mr. Duross is correct that at a point in time, after we |
| 15:20:23 | 11 | were already getting electronic notices due to the efforts of |
| 15:20:27 | 12 | Judge Seitz, he did agree to provide us notice of hearings and |
| 15:20:32 | 13 | he has done that.  He has also always been polite.  But with |
| 15:20:35 | 14 | respect to giving us any meaningful benefit of the Department of |
| 15:20:39 | 15 | Justice, who has the obligation to investigate these matters and |
| 15:20:43 | 16 | bring them before the Court and prove them to the Court, he's |
| 15:20:45 | 17 | done nothing. |
| 15:20:50 | 18 | Now, the fact that this has failed and the appropriate |
| 15:20:54 | 19 | evidence has not been brought before this Court to resolve this |
| 15:20:57 | 20 | matter, this plea, I submit to you, cannot be entered under the |
| 15:21:01 | 21 | CVRA.  It is inappropriate from the point of view of the |
| 15:21:14 | 22 | computation of the fines.  It is inappropriate with respect to |
| 15:21:18 | 23 | the nature of the actions, and it does not provide any of the |
| 15:21:25 | 24 | remedial appropriate relief that is necessary. |
| 15:21:35 | 25 | Now, two other things that I want to go through |

| | | |
|---|---|---|
| 15:21:37 | 1 | quickly, Judge, and I'll try.  The other reasons they say you |
| 15:21:40 | 2 | can't have restitution, this is too complicated.  Your Honor, |
| 15:21:46 | 3 | those are nice words, but there has to be something behind them. |
| 15:21:51 | 4 | What does complicated mean and what does it mean in the context |
| 15:21:55 | 5 | of this situation? |
| 15:21:55 | 6 | I invite Your Honor's attention to *United States v.* |
| 15:21:59 | 7 | *Cataggio*.  In that case there was $192 million of restitution |
| 15:22:04 | 8 | and 10,000 victims.  The Court found a way to get it done.  In |
| 15:22:09 | 9 | *U.S. v. Cienfuegos*, the complexity of restitution and the |
| 15:22:13 | 10 | availability of more suitable forum is no reason to decline an |
| 15:22:18 | 11 | order for restitution. |
| 15:22:19 | 12 | *United States v. Brennan* is similar and *United States* |
| 15:22:21 | 13 | *v. Mueffelman* had restitution of 326 victims and the Court found |
| 15:22:28 | 14 | that those cases are complex and it could clearly go forward |
| 15:22:32 | 15 | with restitution. |
| 15:22:33 | 16 | Then I submit to you, Your Honor, you should examine |
| 15:22:36 | 17 | *U.S. v. Dolan*, a recent Supreme Court case, wherein the United |
| 15:22:41 | 18 | States Supreme Court reviewed the 90-day time frame with respect |
| 15:22:45 | 19 | to completing restitution.  In that case the United States |
| 15:22:50 | 20 | Supreme Court said that that time frame was not a bar to |
| 15:22:57 | 21 | restitution and that where Courts needed to do so, made a |
| 15:23:02 | 22 | determination restitution was appropriate, they could take the |
| 15:23:05 | 23 | appropriate steps to go forward and make those determinations. |
| 15:23:09 | 24 | Moreover, the procedures in Title 18 that relate to how |
| 15:23:15 | 25 | restitution is going to be determined clearly indicate, where |

Change of Plea and Sentencing Proceedings

37

| | | |
|---|---|---|
| 15:23:17 | 1 | matters have some complexity, that they can be referred to a |
| 15:23:21 | 2 | Magistrate or a Master for resolution.  Those are statutory |
| 15:23:26 | 3 | provisions and the obvious purpose of them is that restitution |
| 15:23:32 | 4 | should go forward. |
| 15:23:36 | 5 | Now, with respect to delay in this case is another |
| 15:23:43 | 6 | thing that's been cited why we shouldn't have restitution.  As I |
| 15:23:46 | 7 | said, *Dolan* indicates that's not a reason for doing that and I |
| 15:23:52 | 8 | think *Gamma Tech* is also one that indicates that also. |
| 15:23:58 | 9 | But at any rate, Judge, in this case it's a red |
| 15:24:03 | 10 | herring.  This agreement was reached 16 months ago, and it was |
| 15:24:07 | 11 | not filed with the Court for a 16-month period.  And now it's |
| 15:24:12 | 12 | filed and while nobody's come to ask about the harm, ask about |
| 15:24:17 | 13 | what the information is relating to ICE's participation or |
| 15:24:23 | 14 | nonparticipation in any conduct, now all of a sudden there's a |
| 15:24:27 | 15 | rush and we have to get the plea entered and the sentence done |
| 15:24:33 | 16 | today when the rights relating to victims' rights are clearly |
| 15:24:38 | 17 | being violated. |
| 15:24:42 | 18 | Alcatel has noted and the Government has noted that |
| 15:24:50 | 19 | there have been other litigation and suggested that maybe other |
| 15:24:54 | 20 | litigation would be the appropriate way to resolve this.  I |
| 15:24:57 | 21 | submit to you, Judge, that under 3664(f)(1)(B), the statute |
| 15:25:06 | 22 | specifically says that no other potential source of recovery |
| 15:25:10 | 23 | shall be considered in awarding restitution. |
| 15:25:14 | 24 | There's another provision that said if we recover from |
| 15:25:17 | 25 | some other source, that that can be an offset; but with respect |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 15:25:24 | 1 | to the restitution to which we're entitled, the law is clear |
| 15:25:31 | 2 | that whatever litigation is going on -- I'm not going to go into |
| 15:25:36 | 3 | depth into that because, you know, it would just take time, but |
| 15:25:39 | 4 | what's been represented to you is not accurate with respect to |
| 15:25:43 | 5 | the litigation. |
| 15:25:44 | 6 | Specifically, the claims for moral damages in Costa |
| 15:25:49 | 7 | Rica were referred to civil court and the action that's been in |
| 15:25:55 | 8 | the United States, there's been no merits determination on it, |
| 15:26:00 | 9 | and we presently have a ruling on forum non conveniens pending |
| 15:26:06 | 10 | in the Court of Appeals.  So, there has been no action of |
| 15:26:09 | 11 | anybody with respect to any of these claims, determining that |
| 15:26:10 | 12 | they are not valid or that damages are not real. |
| 15:26:15 | 13 | So I sort of get down to the end, which I'm sure you're |
| 15:26:18 | 14 | happy about, that this plea and its acceptance and the DPA would |
| 15:26:27 | 15 | be inconsistent with justice as I've outlined.  The penalties |
| 15:26:30 | 16 | are inadequate and wrong.  The victims' rights have not been |
| 15:26:37 | 17 | guaranteed nor has there been any provision or opportunity for |
| 15:26:43 | 18 | restitution if this plea is accepted. |
| 15:26:48 | 19 | And I think that, you know, that last point was one |
| 15:26:52 | 20 | that I was unclear on with respect to the restitution because |
| 15:26:56 | 21 | when we were before the Court the last time, Mr. Duross |
| 15:26:59 | 22 | indicated that he believed that the plea contemplated |
| 15:27:03 | 23 | restitution and Alcatel indicated that it did not. |
| 15:27:08 | 24 | I leave it to the drafters to figure out what the |
| 15:27:11 | 25 | agreement meant, but in one situation, if it does not constitute |

Change of Plea and Sentencing Proceedings

39

| | | |
|---|---|---|
| 15:27:16 | 1 | and does not envision restitution, it is illegal.  If it does, |
| 15:27:23 | 2 | it's quite clear that Alcatel's position and its understanding |
| 15:27:29 | 3 | of the agreement that it does not include restitution and |
| 15:27:32 | 4 | therefore, since it's an 11(c)(1)(C) plea, it would be a |
| 15:27:37 | 5 | violation of due process to Alcatel if it went forward in its |
| 15:27:41 | 6 | present form and restitution is considered in that plea. |
| 15:27:46 | 7 | Judge, we ask for the following:  We ask that the plea |
| 15:27:49 | 8 | be rejected.  We ask that you find that we are a victim.  We ask |
| 15:27:55 | 9 | that the Justice Department be ordered to use its best efforts |
| 15:28:02 | 10 | to attempt to gather information relating to harm and victim |
| 15:28:07 | 11 | status and that we be able to present evidence of the harm |
| 15:28:13 | 12 | directly to the Court or the determiner without the intervention |
| 15:28:18 | 13 | of the Department of Justice. |
| 15:28:20 | 14 | We believe that an award of restitution is clearly |
| 15:28:23 | 15 | appropriate, and based on all those things, Judge, we would ask |
| 15:28:27 | 16 | you to reject the plea as it is presented because it does not |
| 15:28:32 | 17 | meet the appropriate standards as I have outlined. |
| 15:28:35 | 18 | THE COURT:  Thank you, sir. |
| 15:28:36 | 19 | MR. WIAND:  Thank you very much for your time. |
| 15:28:38 | 20 | THE COURT:  Counsel, I'm going to ask that you all |
| 15:28:40 | 21 | remain seated.  I had a three o'clock calendar call, and I'm |
| 15:28:43 | 22 | going to take care of those matters now. |
| | 23 | Ivan. |
| | 24 | [There was a recess while the Court considered other matters |
| | 25 | judicial.] |

Change of Plea and Sentencing Proceedings

40

|  |  |
|---|---|
| | 1 |
| | 2 |
| 16:19:36 | 3 |
| 16:19:38 | 4 |
| 16:19:41 | 5 |
| 16:19:43 | 6 |
| 16:19:48 | 7 |
| 16:19:52 | 8 |
| 16:19:56 | 9 |
| 16:20:01 | 10 |
| 16:20:05 | 11 |
| 16:20:10 | 12 |
| 16:20:12 | 13 |
| 16:20:13 | 14 |
| 16:20:16 | 15 |
| 16:20:20 | 16 |
| 16:20:20 | 17 |
| 16:20:25 | 18 |
| 16:20:28 | 19 |
| 16:20:30 | 20 |
| 16:20:33 | 21 |
| 16:20:37 | 22 |
| 16:20:41 | 23 |
| 16:20:44 | 24 |
| 16:20:45 | 25 |

1    **AFTER RECESS**

2    [Proceedings in this cause resume at 4:19 p.m.]

3         **THE COURT:**  All right.  We're back on the record in

4    United States v. Alcatel, et al.

5         Mr. Duross, can you give just a brief comment on the

6    remarks from counsel for ICE, please?  And then I can proceed

7    with my rulings on this matter and if I have any more questions.

8         The basic issue seems to be:  You said they're not a

9    victim.  You've treated them sort of in a quasi-victim way.

10   They disagree that maybe you haven't and that, essentially,

11   you've made a bad policy decision, judgment call, and it's

12   against the great weight of the legal evidence.  That's how I

13   would sum it up.

14        So, if you can respond because I think, unless they're

15   a victim, nothing else -- I confer that status, nothing else

16   matters.

17        **MR. DUROSS:**  Correct, Your Honor.

18        In terms of our argument in a nutshell, we don't think

19   they're a victim, but even if they are a victim, they've

20   actually received all the rights under the current Victim Rights

21   Act, and because of that, regardless of their status, the Court

22   doesn't need to actually make that decision and say, "Oh, you're

23   a victim or you're not a victim.  Just say regardless of whether

24   you're a victim or not" --

25        **THE COURT:**  Well, I think the victim confers at least

Change of Plea and Sentencing Proceedings

41

| | | |
|---|---|---|
| 16:20:49 | 1 | one very special right, and that's the right that counsel seems |
| 16:20:52 | 2 | to be most concerned about, and that's the right to restitution. |
| 16:20:55 | 3 | Their argument against your complexity, no specificity, |
| 16:21:00 | 4 | is, "Your Honor, there's no reason to rush."  I mean, I know |
| 16:21:03 | 5 | we've done this before, but until recently, we all thought that |
| 16:21:07 | 6 | you had only 90 days to determine what the restitution amount |
| 16:21:10 | 7 | is. |
| 16:21:10 | 8 | The Supreme Court has sort of given us a little time |
| 16:21:15 | 9 | leeway, so we would now have time to calculate these complex |
| 16:21:19 | 10 | restitution damages. |
| 16:21:21 | 11 | **MR. DUROSS:**  True, though whether or not the 90-day -- |
| 16:21:25 | 12 | the fact that the 90 days is not jurisdictional in nature |
| 16:21:28 | 13 | doesn't mean that the complexity prong of both the Mandatory |
| 16:21:31 | 14 | Victim Restitution Act and the Victim Witness Protection Act, |
| 16:21:36 | 15 | either one of those, isn't still at play and something that the |
| 16:21:39 | 16 | Court should make a decision on. |
| 16:21:41 | 17 | So let me take one step back and just say in terms of |
| 16:21:45 | 18 | their rights under the Crime Victim Rights Act, when it comes to |
| 16:21:48 | 19 | restitution, it actually says their right to restitution as |
| 16:21:53 | 20 | provided in law, and so it's not a right to just restitution. |
| 16:21:57 | 21 | You could be a crime victim and not entitled to |
| 16:22:00 | 22 | restitution, even if you thought you were entitled to it, |
| 16:22:04 | 23 | because what happens is this Court is required to make a |
| 16:22:11 | 24 | finding, specific findings of fact, to say this is what your |
| 16:22:14 | 25 | actual loss is.  And if the Court can't do that or the process |

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 16:22:18 | 1 | by which the Court would try to reach that would be so complex |
| 16:22:22 | 2 | and cumbersome the Court need not do that. |
| 16:22:25 | 3 | So, even under the Crime Victim Rights Act, regardless |
| 16:22:29 | 4 | of whether they're a victim, regardless, they have had all of |
| 16:22:33 | 5 | their rights met is our position in our brief and, I think, |
| 16:22:37 | 6 | borne out by the facts, Your Honor. |
| 16:22:40 | 7 | If I could address a couple of issues quickly because I |
| 16:22:45 | 8 | think there are a few things that need to be corrected on the |
| 16:22:49 | 9 | record.  First, there's apparently some letter in Spanish that |
| 16:22:52 | 10 | was submitted in a reply brief last Friday by ICE, from the |
| 16:22:58 | 11 | Attorney General's Office that they say we never asked for |
| 16:23:01 | 12 | anything from Costa Rica concerning ICE. |
| 16:23:06 | 13 | I imagine that the person at the Attorney General's |
| 16:23:09 | 14 | Office that was responding to that wasn't aware of a March 20, |
| 16:23:12 | 15 | 2007 MLAT request sent by our Office of International Affairs |
| 16:23:17 | 16 | which is obviously not a public document.  It's not something |
| 16:23:21 | 17 | that we share as part of our internal investigation, but I'm |
| 16:23:24 | 18 | happy to share it with the Court in camera and ex parte, but it |
| 16:23:28 | 19 | specifically makes record requests regarding ICE, including the |
| 16:23:34 | 20 | Board of Directors. |
| 16:23:34 | 21 | So, I think they're just simply mistaken when they |
| 16:23:37 | 22 | suggest that we didn't ask for those records.  And we did, by |
| 16:23:41 | 23 | the way, receive significant amounts of records, Your Honor. |
| 16:23:45 | 24 | The issue about supposedly the 16-month delay, ICE has |
| 16:23:51 | 25 | repeated that a number of times, both in their briefs and |

Change of Plea and Sentencing Proceedings

43

| | | |
|---|---|---|
| 16:23:54 | 1 | earlier today, and I think it's important to understand:  There |
| 16:23:56 | 2 | is a significant distinction between the public filing by a |
| 16:24:02 | 3 | publicly traded company that they've reached an agreement in |
| 16:24:06 | 4 | principle and therefore a material event has occurred by which |
| 16:24:08 | 5 | they feel obligated under securities regulations to make a |
| 16:24:12 | 6 | disclosure regarding an agreement in principle and that |
| 16:24:15 | 7 | agreement actually being completed. |
| 16:24:18 | 8 | I can tell the Court it wasn't as though -- it was not |
| 16:24:22 | 9 | the case, not just though.  It was not the case that there was |
| 16:24:26 | 10 | an inked deal that everybody had sitting in front of them and |
| 16:24:29 | 11 | they sat on it for however many months, you know, twelve months |
| 16:24:34 | 12 | and then filed it at the end of December.  Not true. |
| 16:24:36 | 13 | There were a lot of negotiations.  As the Court, I'm |
| 16:24:38 | 14 | sure, is well aware, the devil is in the details, and there were |
| 16:24:42 | 15 | significant, hard-fought negotiations going on throughout last |
| 16:24:46 | 16 | year.  In fact, one of the significant events that the Court |
| 16:24:49 | 17 | should be aware of and we cite in our plea agreement, something |
| 16:24:53 | 18 | we're quite proud of, is that we've arranged for an independent |
| 16:24:57 | 19 | corporate monitor for the company. |
| 16:24:59 | 20 | This is French company, Your Honor, and there's only |
| 16:25:02 | 21 | been one other situation in which an independent corporate |
| 16:25:06 | 22 | monitor -- essentially like a corporate probation officer if you |
| 16:25:09 | 23 | will -- has been assigned to a French company, and there are |
| 16:25:14 | 24 | very significant issues with regard to what's known as the |
| 16:25:18 | 25 | blocking statute in France. |

Change of Plea and Sentencing Proceedings

44

| | | |
|---|---|---|
| 16:25:20 | 1 | It prohibits the sharing of economic data outside of |
| 16:25:22 | 2 | the Country of France, and there were significant concerns on |
| 16:25:26 | 3 | the part of Alcatel-Lucent that if they were to have an |
| 16:25:32 | 4 | independent corporate monitor reporting to the Department of |
| 16:25:35 | 5 | Justice and the Securities and Exchange Commission, there could |
| 16:25:39 | 6 | be an interpretation that that monitorship was in violation of |
| 16:25:42 | 7 | French law. |
| 16:25:43 | 8 | So you can just imagine sort of going out of the frying |
| 16:25:46 | 9 | pan into the fire.  They're trying to resolve criminal matters |
| 16:25:49 | 10 | in the United States only to find themselves on the other side |
| 16:25:51 | 11 | of a criminal investigation in France.  That was a serious |
| 16:25:55 | 12 | issue.  It was not one taken lightly. |
| 16:25:58 | 13 | There were negotiations with a variety of different |
| 16:26:02 | 14 | French agencies in France throughout 2010, that ultimately led |
| 16:26:08 | 15 | to a high-level meeting in October 2010, between the Ministry of |
| 16:26:13 | 16 | Justice and Department of Justice officials, and it wasn't until |
| 16:26:17 | 17 | December 2010, that I was able to meet with the French |
| 16:26:21 | 18 | Magistrate Judge designated to act as an intermediary for the |
| 16:26:25 | 19 | corporate monitor in Paris to discuss with him how the process |
| 16:26:29 | 20 | was going to work. |
| 16:26:30 | 21 | It was once that was completed, Your Honor, that we |
| 16:26:32 | 22 | filed these papers in December 2010. |
| 16:26:35 | 23 | THE COURT:  What about the argument that somehow the |
| 16:26:36 | 24 | defendants haven't owned up to responsibility in another |
| 16:26:42 | 25 | jurisdiction which would already put them in violation of a |

| | | |
|---|---|---|
| 16:26:45 | 1 | negotiated plea here? |
| 16:26:46 | 2 | **MR. DUROSS:**  Your Honor, the citation that they're |
| 16:26:49 | 3 | actually talking to is not actually the plea agreement; it's the |
| 16:26:51 | 4 | deferred prosecution agreement. |
| 16:26:52 | 5 | I don't know that they actually have standing to raise |
| 16:26:54 | 6 | the issue, but I think -- since the Court's asking, I think it's |
| 16:26:56 | 7 | an important one to address, which is our deferred prosecution |
| 16:26:59 | 8 | agreement has as one of the provisions that the company cannot |
| 16:27:03 | 9 | take a factual position different than that which they are |
| 16:27:08 | 10 | agreeing to as part of the deferred prosecution agreement. |
| 16:27:10 | 11 | The reason why that's really important, Your Honor, is |
| 16:27:12 | 12 | you could see, sort of Day 1, the corporation agrees to a series |
| 16:27:15 | 13 | of facts and, Day 2, they're out there issuing press releases |
| 16:27:19 | 14 | saying that they were innocent, and it would cause us a great |
| 16:27:22 | 15 | deal of issue with whether or not they're accepting |
| 16:27:26 | 16 | responsibility, et cetera, so there's this provision that |
| 16:27:28 | 17 | exists. |
| 16:27:29 | 18 | The provision, however, Your Honor, within the deferred |
| 16:27:32 | 19 | prosecution agreement, does permit the company and its duly |
| 16:27:37 | 20 | authorized representatives to make legal arguments in cases, for |
| 16:27:41 | 21 | example, whether the statute of limitations applies, whether a |
| 16:27:47 | 22 | company is as a technical matter guilty or liable or what have |
| 16:27:51 | 23 | you, but they can't contest the facts. |
| 16:27:54 | 24 | It is my understanding, at least from the response from |
| 16:27:57 | 25 | Alcatel-Lucent -- obviously, I'm not a party to the litigation |

Change of Plea and Sentencing Proceedings

46

| | | |
|---|---|---|
| 16:27:59 | 1 | that's going on in Costa Rica -- was that the arguments that |
| 16:28:02 | 2 | were made were in the context of that. |
| 16:28:05 | 3 | I am evaluating that.  If for some reason that turns |
| 16:28:09 | 4 | out to be they are making inconsistent statements, then it could |
| 16:28:14 | 5 | be deemed to be a violation of the deferred prosecution |
| 16:28:16 | 6 | agreement and we would have to deal with it at that point and |
| 16:28:19 | 7 | decide whether it mandated -- you know, qualified as a breach |
| 16:28:23 | 8 | and whether or not the prosecution would, in fact, be deferred |
| 16:28:27 | 9 | after that. |
| 16:28:29 | 10 | There are just a couple of other issues, Your Honor. |
| 16:28:31 | 11 | The remediation, ICE says that there's been none by the company. |
| 16:28:37 | 12 | I don't know how they would know that one way or the other. |
| 16:28:39 | 13 | We've been the recipient of a number of presentations by the |
| 16:28:41 | 14 | company on their remediation efforts.  It has been substantial. |
| 16:28:45 | 15 | We, in fact, laid that out in our brief.  I don't know |
| 16:28:48 | 16 | that I need to go into a great deal of detail about that; |
| 16:28:50 | 17 | however, I will say that the company is a different company |
| 16:28:53 | 18 | today and I don't say that lightly. |
| 16:28:55 | 19 | We're the ones that were actually, you know, pursuing |
| 16:28:58 | 20 | this investigation fairly aggressively.  The company merged in |
| 16:29:02 | 21 | late 2006, so it really is literally a different company in many |
| 16:29:06 | 22 | respects and has new management, a new code of conduct and |
| 16:29:11 | 23 | compliance program and internal controls, so it is different and |
| 16:29:14 | 24 | we've laid that out. |
| 16:29:17 | 25 | Just a couple of other things.  Racketeering charges, |

Change of Plea and Sentencing Proceedings

47

| | | |
|---|---|---|
| 16:29:21 | 1 | the FCPA can't be a predicate act.  No one held accountable?  We |
| 16:29:25 | 2 | have charged two people here from Alcatel.  One person was |
| 16:29:29 | 3 | charged in Costa Rica, and nobody has been charged in France. |
| 16:29:33 | 4 | We have jurisdictional limitations.  This is a French |
| 16:29:37 | 5 | company paying bribes in Costa Rica.  We can't just charge |
| 16:29:40 | 6 | anybody.  I know people may think that we think that, but there |
| 16:29:44 | 7 | are requirements for, you know, instrumentalities of interstate |
| 16:29:48 | 8 | commerce, conduct occurring within the United States. |
| 16:29:51 | 9 | There are a whole series of different things and so |
| 16:29:53 | 10 | whether or not the Department of Justice decides that it has the |
| 16:29:59 | 11 | jurisdiction to charge, I think, a French national working in |
| 16:30:05 | 12 | Switzerland for a French company paying bribes in Costa Rica is |
| 16:30:09 | 13 | a complex matter, and I think it's giving short shrift by ICE's |
| 16:30:12 | 14 | counsel that just suggests we just let everybody go. |
| 16:30:15 | 15 | When ICE's counsel was walking through the McNulty |
| 16:30:18 | 16 | Memo, which, by the way, is no longer the operative memo for the |
| 16:30:22 | 17 | principles of federal prosecution of business organizations, I |
| 16:30:25 | 18 | kept thinking how is this all applied to ICE, pervasiveness, how |
| 16:30:30 | 19 | long it lasted, you know, who was held accountable as he walked |
| 16:30:34 | 20 | through those, and I think it was not lost on me. |
| 16:30:36 | 21 | In terms of legal analysis, I do need to point this |
| 16:30:39 | 22 | out.  ICE's counsel suggests that they provided me 1,300 pages |
| 16:30:44 | 23 | worth of analysis on their victim status.  No, that's not |
| 16:30:49 | 24 | actually what happened. |
| 16:30:50 | 25 | He sent to me a copy of a pleading for their state |

Change of Plea and Sentencing Proceedings

48

| | | |
|---|---|---|
| 16:30:53 | 1 | court case, their state court RICO Florida case against Alcatel, |
| 16:30:57 | 2 | in which they were fighting the forum non conveniens motion |
| 16:31:01 | 3 | between Alcatel which they ultimately lost. |
| 16:31:04 | 4 | It had nothing to do -- it had nothing to do with the |
| 16:31:08 | 5 | Crime Victim Rights Act.  It wasn't cited.  They didn't have |
| 16:31:12 | 6 | cases about it.  They didn't talk about the Mandatory Victim |
| 16:31:17 | 7 | Restitution Act, the Victim Witness Protection Act.  They didn't |
| 16:31:21 | 8 | talk about any of that. |
| 16:31:22 | 9 | He sent me something that they had in another case and |
| 16:31:26 | 10 | so, again, there are sort of a series of different things -- I'm |
| 16:31:28 | 11 | not going to walk through them all -- that I don't think |
| 16:31:31 | 12 | accurately reflect what's going on. |
| 16:31:34 | 13 | What I do think it shows, however, Your Honor, is this |
| 16:31:36 | 14 | is a massive commercial dispute between two sophisticated |
| 16:31:40 | 15 | entities:  Alcatel on the one hand and ICE on the other.  It |
| 16:31:44 | 16 | concerns the providing of goods and services between a French |
| 16:31:50 | 17 | company operating in Costa Rica and a Costa Rican company buying |
| 16:31:54 | 18 | those services. |
| 16:31:54 | 19 | I don't know, and I don't know that the Court would |
| 16:31:57 | 20 | know even after a full-blown trial lasting a year with more than |
| 16:32:01 | 21 | 60 witnesses and all kinds of highly technical documents in |
| 16:32:05 | 22 | Spanish, whether someone provided a network that was suitable, |
| 16:32:09 | 23 | whether someone provided services that were appropriate, and I |
| 16:32:14 | 24 | don't honestly know, Your Honor, what that has to do with the |
| 16:32:18 | 25 | bribery allegations in this case. |

Change of Plea and Sentencing Proceedings

49

| | | |
|---|---|---|
| 16:32:22 | 1 | The bribes were to get the contract.  How they |
| 16:32:25 | 2 | performed on those contracts, our case doesn't go there and |
| 16:32:28 | 3 | that's why we talked about some of those Eleventh Circuit cases |
| 16:32:31 | 4 | talking about that the restitution needs to be for the crime of |
| 16:32:36 | 5 | conviction, not just for anything tangentially related. |
| 16:32:39 | 6 | So, Your Honor, in terms of what needs to get resolved, |
| 16:32:46 | 7 | first, the Government would request that the Court accept the |
| 16:32:50 | 8 | three guilty pleas. |
| 16:32:51 | 9 | We believe and I think that the record has shown that |
| 16:32:55 | 10 | these three guilty pleas are substantial.  They do do justice. |
| 16:32:59 | 11 | They promote respect for the law.  They provide deterrence.  A |
| 16:33:05 | 12 | $92 million fine in our case, plus $45 million in disgorgement |
| 16:33:13 | 13 | to the SEC, already paid, and $2 million paid to the Republic of |
| 16:33:19 | 14 | Costa Rica for reparations, already paid. |
| 16:33:23 | 15 | So we're talking about a $147 million resolution.  It |
| 16:33:28 | 16 | is one of the largest resolutions in the history of the Foreign |
| 16:33:34 | 17 | Corrupt Practices Act in its existence for more than about 33 |
| 16:33:37 | 18 | years. |
| 16:33:38 | 19 | It's a substantial case, and this is a substantial |
| 16:33:44 | 20 | resolution.  It includes an enhanced compliance program and the |
| 16:33:47 | 21 | required retention of an independent corporate monitor. |
| 16:33:50 | 22 | For those reasons, Your Honor, we would respectfully |
| 16:33:54 | 23 | request that the Court accept these three guilty pleas pursuant |
| 16:33:59 | 24 | to 11(c)(4). |
| 16:34:03 | 25 | Second, we would ask the Court delay the period during |

| | | |
|---|---|---|
| 16:34:06 | 1 | which the prosecution is deferred -- I'm sorry, order that the |
| 16:34:11 | 2 | period of delay during which the prosecution is deferred by the |
| 16:34:14 | 3 | Department of Justice under the written deferred prosecution |
| 16:34:17 | 4 | agreement with defendant Alcatel-Lucent for the purpose of |
| 16:34:20 | 5 | allowing defendant Alcatel-Lucent to demonstrate its good |
| 16:34:24 | 6 | conduct be excluded in computing the time within which the trial |
| 16:34:29 | 7 | of the events as charged in the Information must begin under |
| 16:34:32 | 8 | Title 18 United States Code § 3161(h)(2). |
| 16:34:38 | 9 | Lastly, Your Honor, we would ask respectfully that the |
| 16:34:41 | 10 | Court deny ICE's petition to victim status, both because they |
| 16:34:46 | 11 | are not a victim and because to the extent that they are a |
| 16:34:50 | 12 | victim, their rights have been -- have been, Your Honor -- |
| 16:34:53 | 13 | afforded them under the Crime Victims Rights Act of 18 USC 3771. |
| 16:35:00 | 14 | Finally, Your Honor, the Government requests |
| 16:35:02 | 15 | respectfully that ICE's petition for restitution be denied: |
| 16:35:07 | 16 | 1.  Because it's entirely speculative, and; |
| 16:35:10 | 17 | 2.  It's vastly overly complex and would unduly delay |
| 16:35:15 | 18 | the sentencing process that we already described and shown |
| 16:35:18 | 19 | the Court with everything already to date. |
| 16:35:21 | 20 | The last thing I want to just point out, Your Honor, is |
| 16:35:24 | 21 | the restitution statute, there's a disagreement about which is |
| 16:35:29 | 22 | the right one to apply here.  There's the Mandatory Victim |
| 16:35:31 | 23 | Restitution Act which Mr. Wiand was referring to, and there's |
| 16:35:36 | 24 | actually something known as the Victim Witness Protection Act. |
| 16:35:40 | 25 | Mandatory is mandatory.  The other one is discretionary |

Change of Plea and Sentencing Proceedings

51

| | | |
|---|---|---|
| 16:35:45 | 1 | which depends on -- the Court would be required to evaluate the |
| 16:35:48 | 2 | defendant's ability to pay.  It's -- quite candidly, Your Honor, |
| 16:35:53 | 3 | it's an open issue.  The Eleventh Circuit has not reached a |
| 16:35:55 | 4 | decision as to whether the MVRA versus the VWPA applies in the |
| 16:36:01 | 5 | bribery context.  It's had a couple of opportunities to address |
| 16:36:04 | 6 | it and has chosen not to, so it's not necessarily an easy |
| 16:36:08 | 7 | question one way or the other. |
| 16:36:11 | 8 | What I would say is that because both of those |
| 16:36:14 | 9 | statutes, both of them, have the same provisions regarding the |
| 16:36:21 | 10 | witness standard and the complexity prong, whether it be under |
| 16:36:26 | 11 | the MVRA or the VWPA, this Court should deny the petition for |
| 16:36:32 | 12 | restitution because determining the complex issues of fact |
| 16:36:36 | 13 | related to ICE's claimed losses would complicate and prolong the |
| 16:36:40 | 14 | sentencing process to a degree that the need to provide |
| 16:36:43 | 15 | restitution to ICE, assuming arguendo that ICE is a victim and |
| 16:36:47 | 16 | was able to prove the loss, is outweighed by the burden on the |
| 16:36:52 | 17 | sentencing process. |
| 16:36:52 | 18 | **THE COURT:**  Thank you. |
| 16:36:54 | 19 | I think there's really only one issue that I have to |
| 16:36:57 | 20 | determine and all else -- I think I've heard from everyone, |
| 16:37:00 | 21 | counsel; I've had pleadings and arguments -- I think there's |
| 16:37:03 | 22 | only one issue that I need to determine and all else flows from |
| 16:37:06 | 23 | there, and that's whether or not ICE, ICE, whatever would be the |
| 16:37:11 | 24 | way of pronouncing the acronym, would be a victim here.  I don't |
| 16:37:15 | 25 | think it is, and I will say why, and I think most of it has been |

Change of Plea and Sentencing Proceedings

| | |
|---|---|
| 16:37:20 | 1 |
| 16:37:24 | 2 |
| 16:37:25 | 3 |
| 16:37:32 | 4 |
| 16:37:36 | 5 |
| 16:37:41 | 6 |
| 16:37:42 | 7 |
| 16:38:05 | 8 |
| 16:38:09 | 9 |
| 16:38:12 | 10 |
| 16:38:18 | 11 |
| 16:38:22 | 12 |
| 16:38:27 | 13 |
| 16:38:34 | 14 |
| 16:38:38 | 15 |
| 16:38:41 | 16 |
| 16:38:45 | 17 |
| 16:38:49 | 18 |
| 16:38:54 | 19 |
| 16:39:00 | 20 |
| 16:39:03 | 21 |
| 16:39:09 | 22 |
| 16:39:14 | 23 |
| 16:39:18 | 24 |
| 16:39:23 | 25 |

1  outlined by counsel for the United States but I am going to go
2  through it.
3       First and foremost, I think that victim offender status
4  here is so closely intertwined that to try to figure out the
5  behavior of who was the victim and who was the offender would be
6  difficult.
7       Secondly -- excuse me just a second, counsel -- also I
8  think that given the nature of the corporate conduct in this
9  area, it seems, based upon the findings and the things that have
10 been filed in this case, that the behavior of the victim and the
11 behavior of the quote-unquote victim and the behavior of the
12 defendant here are closely intertwined.  I see that from the
13 pervasiveness of the illegal activity, the constancy of the
14 illegally activity and the consistency over a period of years.
15      I think you have, even though not a charged conspirator
16 coconspirator relationship, that's essentially what went on
17 here; that given the high-placed nature of the criminal conduct
18 within the organization, the number of people involved, that
19 basically it was "Bribery Is Us," meaning that everybody was
20 involved in it.  Even though you didn't know specifically, it's
21 enough to say that the principals were involved here.
22      In saying that, I have to say that despite the
23 representation of ICE, I think even though the Government was
24 not obliged to, it treated them with appropriate informational
25 respect in regard to this case and what they should know.

| | | |
|---|---|---|
| 16:39:27 | 1 | Because I find that ICE is not a victim, I don't necessarily |
| 16:39:33 | 2 | need to reach the issue of restitution, but I will because I |
| 16:39:37 | 3 | think it's important to put a nail in this coffin. |
| 16:39:43 | 4 | Merely because damages exist, what would be considered |
| 16:39:47 | 5 | restitution, does not mean that restitution flows from it. |
| 16:39:51 | 6 | Given what has gone on in other jurisdictions, the ability for |
| 16:39:57 | 7 | this Court to accurately, within a reasonable amount of time, |
| 16:40:01 | 8 | and by that I don't mean lengthy months of hearings as to what |
| 16:40:08 | 9 | the damages would be, in which country, how would they flow, how |
| 16:40:11 | 10 | would the Court ascertain that, and I don't think that this is |
| 16:40:16 | 11 | the kind of case, even though the Foreign Corrupt Practices Act |
| 16:40:22 | 12 | might allow it in other cases for which restitution can be |
| 16:40:25 | 13 | allowed, there's no victim that was damaged here in the sense |
| 16:40:27 | 14 | that something needs to be restored or made whole. |
| 16:40:30 | 15 | So for that reason, ICE's petition to be treated for |
| 16:40:35 | 16 | victim status and to be awarded restitution in this matter is |
| 16:40:38 | 17 | denied. |
| 16:40:39 | 18 | Counsel for the United States, are you prepared to |
| 16:40:41 | 19 | proceed with the guilty plea in this matter? |
| 16:40:43 | 20 | **MR. DUROSS:**  We are, Your Honor. |
| 16:40:44 | 21 | **THE COURT:**  Counsel for Alcatel, are you prepared to |
| 16:40:47 | 22 | proceed in this matter? |
| 16:40:48 | 23 | **MR. WEINSTEIN:**  With pleasure, Your Honor. |
| 16:40:49 | 24 | **THE COURT:**  And who will be taking the oath on behalf |
| 16:40:51 | 25 | of all three entities, Alcatel-Lucent Trade International, |

Change of Plea and Sentencing Proceedings

| 16:40:58 | 1 | Alcatel-Lucent France and Alcatel-Lucent CentroAmerica? |
|---|---|---|

16:41:00   2        **MR. WEINSTEIN:**   Your Honor, may I present the General

16:41:02   3   Counsel of Alcatel-Lucent, Mr. Stephen R. Reynolds.

16:41:04   4        **THE COURT:**   I'd ask the clerk to please swear

16:41:06   5   Mr. Reynolds.

6       [The witness was duly sworn by Mr. Marchena.]

16:41:14   7        **MR. MARCHENA:**   Please state your full name and spell

16:41:15   8   your last name for the record.

16:41:17   9        **THE WITNESS:**   Stephen R. Reynolds, R-e-y-n-o-l-d-s.

10   **BY THE COURT:**

16:41:22   11   Q.   Sir, where were you born?

16:41:23   12   A.   I was born in Orange, New Jersey, Your Honor.

16:41:26   13   Q.   How old are you?

16:41:27   14   A.   I am 52 years old.

16:41:27   15   Q.   How far did you go in school?

16:41:29   16   A.   I went to undergraduate in Princeton, New Jersey and I went

16:41:33   17   to Fordham Law School.  I graduated with a J.D. in 1983.

16:41:37   18   Q.   And are you a citizen of the United States?

16:41:38   19   A.   I am, Your Honor.

16:41:40   20   Q.   Sir, have you had any drugs or alcohol prior to coming to

16:41:42   21   this hearing today?

16:41:43   22   A.   I have not, Your Honor.

16:41:44   23   Q.   Have you ever been treated for a drug or alcohol addiction?

16:41:47   24   A.   I have not, Your Honor.

16:41:48   25   Q.   Have you had an opportunity to confer with your counsel in

| | | |
|---|---|---|
| 16:41:52 | 1 | order to authorize the guilty plea on behalf of the three |
| 16:41:55 | 2 | corporations that I named before? |
| 16:41:57 | 3 | A.  Yes, I have. |
| 16:41:57 | 4 | THE COURT:  And I suppose I should ask:  Counsel, has |
| 16:42:01 | 5 | he been given authorization by the appropriate Boards of |
| 16:42:04 | 6 | Directors to enter guilty pleas on behalf of these three |
| 16:42:08 | 7 | entities? |
| 16:42:09 | 8 | MR. WEINSTEIN:  Yes, he has, Your Honor. |
| 16:42:12 | 9 | BY THE COURT: |
| 16:42:12 | 10 | Q.  Now, sir, have you had, on behalf of the corporate entities, |
| 16:42:15 | 11 | a chance to review the Informations filed in this case? |
| 16:42:18 | 12 | A.  I have, Your Honor. |
| 16:42:18 | 13 | Q.  And have you fully discussed these Informations with your |
| 16:42:22 | 14 | attorney, including possible defenses, if your corporate |
| 16:42:25 | 15 | entities had decided to go to trial? |
| 16:42:28 | 16 | A.  Yes, I have, Your Honor. |
| 16:42:29 | 17 | Q.  And after discussing this with your counsel, it is your wish |
| 16:42:32 | 18 | on behalf of your corporations to enter guilty pleas in this |
| 16:42:36 | 19 | matter? |
| 16:42:37 | 20 | A.  It is, Your Honor. |
| 16:42:38 | 21 | THE COURT:  Counsel for the United States, what are the |
| 16:42:42 | 22 | counts of the various Informations?  We are kind of doing this |
| 16:42:45 | 23 | jointly for all three entities. |
| 16:42:48 | 24 | MR. DUROSS:  Yes, Your Honor.  Each of the three |
| 16:42:52 | 25 | criminal Informations charges a single conspiracy count, so |

16:42:56  1  there is a single count for each Information, and it charges a

16:42:59  2  conspiracy count with three objects.  Those three objects are to

16:43:02  3  violate the antibribery provisions of the Foreign Corrupt

16:43:05  4  Practices Act, to violate the books and records provisions of

16:43:11  5  the FCPA, as well as the internal controls, to circumvent the

16:43:15  6  internal controls provision of the FCPA.

16:43:19  7           THE COURT:  Those are criminal Case Numbers 20906 and

16:43:21  8  20907, correct?

16:43:25  9           MR. DUROSS:  I'm sorry, Your Honor, my mistake.  There

16:43:28  10  are two cases.  One Information for the three subsidiaries

16:43:32  11  charges a single conspiracy to violate the FCPA and those three

16:43:37  12  objects I was just discussing and that is 20906.

16:43:40  13           There is a second criminal Information, and that is

16:43:42  14  against the parent corporation, and that is a two-count charge

16:43:47  15  for substantive violations of the internal controls provisions

16:43:51  16  as well as the books and records provisions.

16:43:53  17           MR. WEINSTEIN:  Your Honor, the 06 incorporates the

16:43:58  18  three subsidiaries for which there is each one count.

16:44:04  19           THE COURT:  And 907?

16:44:08  20           MR. WEINSTEIN:  That is the deferred prosecution

16:44:09  21  agreement which is deferred as of today, so that is against the

16:44:13  22  parent.  This is not the subject of the Rule 11 colloquy right

16:44:16  23  now.

16:44:17  24           THE COURT:  Okay.  I just need to make sure.

16:44:18  25           MR. DUROSS:  I'm sorry.  I just want to make sure that

Change of Plea and Sentencing Proceedings

| | | |
|---|---|---|
| 16:44:19 | 1 | we are all speaking about the same thing.  There is a single |
| 16:44:22 | 2 | Information in 20906.  It charges three corporate subsidiaries |
| 16:44:28 | 3 | with a single count.  They all conspired. |
| 16:44:30 | 4 | Just so it is clear, they each played a role in the |
| 16:44:33 | 5 | conspiracy so each corporate subsidiary is charged in a single |
| 16:44:37 | 6 | count together. |
| 16:44:38 | 7 | **MR. WEINSTEIN:**  We are in accord.  That's correct, Your |
| | 8 | Honor. |
| 16:44:40 | 9 | **THE COURT:**  Everybody is in agreement, but there is no |
| 16:44:42 | 10 | plea being offered in 907, correct? |
| 16:44:45 | 11 | **MR. DUROSS:**  That is correct, Your Honor.  This is the |
| 16:44:46 | 12 | prosecution that the Government has an agreement to defer. |
| 16:44:52 | 13 | **BY THE COURT:** |
| 16:44:52 | 14 | Q.  Now, sir, on behalf of the entities in this matter, is that |
| 16:44:55 | 15 | your understanding of the plea agreement in this case? |
| 16:44:58 | 16 | A.  It is, Your Honor. |
| 16:44:58 | 17 | Q.  Other than what has been stated in the plea agreement, has |
| 16:45:01 | 18 | anyone promised you anything else not mentioned on the record? |
| 16:45:04 | 19 | A.  They have not, Your Honor. |
| 16:45:04 | 20 | Q.  Has anyone threatened you to have you plead guilty? |
| 16:45:06 | 21 | A.  They have not. |
| 16:45:07 | 22 | Q.  Anyone forcing you to plead guilty? |
| 16:45:09 | 23 | A.  They have not. |
| 16:45:10 | 24 | Q.  Other than the criminal charges that you face, has anyone |
| 16:45:12 | 25 | told you that something bad would happen to you? |

16:45:14  1   A.  No, they have not.

16:45:15  2        THE COURT:  Counsel for the United States, what are the

16:45:16  3   terms of the plea agreement in regard to the three entities in

16:45:21  4   this matter?

16:45:24  5        MR. DUROSS:  Those three plea agreements with regard to

16:45:28  6   the three corporate subsidiaries in 20906 involve the three

16:45:34  7   subsidiaries agreeing to plead guilty, and they are all agreeing

16:45:39  8   to pay the $500,000 fine, and I believe there is also a special

16:45:49  9   assessment, Your Honor.

16:45:57  10       THE COURT:  It's a special assessment of $400.

16:46:00  11       MR. DUROSS:  That is correct, Your Honor.  It's in

16:46:01  12   Paragraph 14.  The defendants all are agreeing to waive appeal.

16:46:07  13  BY THE COURT:

16:46:07  14  Q.  Sir, is that your understanding of the plea agreement in

16:46:09  15  this case?

16:46:10  16  A.  It is, Your Honor.

16:46:10  17  Q.  Has anyone promised you anything else not mentioned on the

16:46:14  18  record or contained in these three plea agreements?

16:46:18  19  A.  No one has, Your Honor.

16:46:23  20  Q.  Now, sir, do you also understand that in regard to this case

16:46:26  21  you are waiving your right to appeal?

16:46:28  22  A.  I do, Your Honor.

16:46:29  23  Q.  And you understand that by waiving your right to appeal, you

16:46:32  24  are waiving your right to appeal the sentence or any other legal

16:46:36  25  arguments that may be available to you as a result of this plea

| 16:46:40 | 1 | of guilty? |
| 16:46:40 | 2 | A.  I do, Your Honor. |

16:46:45    3        **THE COURT:**  Now, sir, do you understand that you are

16:46:48    4    pleading guilty on behalf of these entities?  Mr. Duross, is

16:46:52    5    this to a felony offense?

16:46:54    6        **MR. DUROSS:**  Yes, it is, Your Honor.

16:46:56    7        **THE WITNESS:**  Yes, I understand that, Your Honor.

16:46:57    8    **BY THE COURT:**

16:46:57    9    Q.  Do you understand that by pleading guilty, you are waiving

16:47:00   10    and giving up your right to a trial?

16:47:02   11    A.  I do, Your Honor.

16:47:03   12    Q.  Now, I should tell you that by waiving and giving up your

16:47:05   13    right to a trial, you are giving up your right to the following

16:47:08   14    things:  Your right to be presumed innocent and the Government

16:47:11   15    would have to prove your guilt beyond a reasonable doubt; the

16:47:15   16    right to have the assistance of an attorney who would be able to

16:47:18   17    see, hear and cross-examine the witnesses against you; the right

16:47:21   18    to the issuance of subpoenas, as we say in the law, compulsory

16:47:26   19    process that requires people to come to court and testify in

16:47:29   20    your case; and you are also giving up your right not to testify

16:47:33   21    unless you chose to do so and the jury could not draw any

16:47:37   22    negative or adverse inference because you did not testify.

16:47:40   23        Sir, do you understand that because you are pleading

16:47:43   24    guilty on behalf of these three entities, you are giving up all

16:47:47   25    of these rights and there will be no trial?

Change of Plea and Sentencing Proceedings

60

| | | |
|---|---|---|
| 16:47:51 | 1 | A.  I do, Your Honor. |
| 16:47:52 | 2 | **THE COURT:**  Counsel for the United States, what would |
| 16:47:54 | 3 | the Government have been prepared to prove had this matter |
| 16:47:57 | 4 | proceeded to trial? |
| 16:47:58 | 5 | **MR. DUROSS:**  Your Honor, the Government would have been |
| 16:48:01 | 6 | prepared to prove beyond a reasonable doubt that there were |
| 16:48:04 | 7 | three wholly-owned subsidiaries that conspired with each other |
| 16:48:08 | 8 | and others to violate the Foreign Corrupt Practices Act, that is |
| 16:48:11 | 9 | as described in detail in the statement of facts which are |
| 16:48:13 | 10 | attached as Exhibit 3 to the three plea agreements. |
| 16:48:16 | 11 | The three wholly-owned subsidiaries conspired to pay |
| 16:48:18 | 12 | bribes to foreign officials in Costa Rica, Honduras, Malaysia |
| 16:48:23 | 13 | and Taiwan to obtain or retain business and at least part of |
| 16:48:25 | 14 | that conduct occurred within the territory of the United States |
| 16:48:27 | 15 | and through the use of, means or instrumentality of interstate |
| 16:48:31 | 16 | commerce. |
| 16:48:35 | 17 | **BY THE COURT:** |
| 16:48:36 | 18 | Q.  Sir, do you agree with the facts or recitation as made by |
| 16:48:39 | 19 | the prosecutor? |
| 16:48:40 | 20 | A.  Yes, I do, Your Honor. |
| 16:48:41 | 21 | Q.  On behalf of Alcatel-Lucent Trade International, A.G. how do |
| 16:48:46 | 22 | you plead. |
| 16:48:46 | 23 | A.  I plead guilty, Your Honor. |
| 16:48:47 | 24 | Q.  On behalf of Alcatel-Lucent France, S.A. how do you plead? |
| 16:48:50 | 25 | A.  Guilty, Your Honor. |

Change of Plea and Sentencing Proceedings

61

| | | |
|---|---|---|
| 16:48:51 | 1 | Q.   On behalf of Alcatel-Lucent CentroAmerica, how do you plead? |
| 16:48:54 | 2 | A.   Guilty. |
| 16:48:55 | 3 | THE COURT:   It is the finding of the Court that in this |
| 16:48:57 | 4 | case the defendants are competent and capable of entering |
| 16:49:02 | 5 | informed pleas, each of the corporations are aware of the nature |
| 16:49:05 | 6 | of the charges and the consequences of the pleas, and the pleas |
| 16:49:07 | 7 | are knowing and voluntary, supported by an independent basis in |
| 16:49:11 | 8 | fact containing each of the essential elements of the offense. |
| 16:49:14 | 9 | I now find each of the defendants in criminal Case |
| 16:49:22 | 10 | Number 10-20906 guilty of the offenses charged in the |
| 16:49:27 | 11 | Information. |
| 16:49:27 | 12 | Counsel, I understand that this is a plea and immediate |
| 16:49:31 | 13 | sentence in regard to this matter and what was determined in the |
| 16:49:36 | 14 | plea agreement. |
| 16:49:37 | 15 | MR. DUROSS:   That's correct, Your Honor. |
| 16:49:38 | 16 | MR. WEINSTEIN:   That's correct, Your Honor. |
| 16:49:39 | 17 | THE COURT:   Counsel for the defendants, have you had an |
| 16:49:41 | 18 | opportunity to review the presentence reports prepared in regard |
| 16:49:45 | 19 | to this case? |
| 16:49:45 | 20 | MR. WEINSTEIN:   Yes, Your Honor. |
| 16:49:46 | 21 | THE COURT:   Do you have any additions, deletions or |
| 16:49:49 | 22 | corrections that you wish to make? |
| 16:49:50 | 23 | MR. WEINSTEIN:   We have previously sent Mr. Jenkins a |
| 16:49:53 | 24 | correspondence dealing with the issue of the victim statute but |
| 16:49:57 | 25 | since that issue has been ruled upon by the Court, we will let |

Change of Plea and Sentencing Proceedings

62

| | | |
|---|---|---|
| 16:50:01 | 1 | our correspondence stand for the record, so nothing further, |
| 16:50:03 | 2 | Your Honor. |
| 16:50:03 | 3 | THE COURT:  Thank you.  Counsel for the United States, |
| 16:50:05 | 4 | do you have anything to add? |
| 16:50:06 | 5 | MR. DUROSS:  No, Your Honor. |
| 16:50:10 | 6 | THE COURT:  Counsel for defendant, does your client |
| 16:50:13 | 7 | have anything to say, or do you have any argument before I |
| 16:50:15 | 8 | proceed to sentence in regard to this matter? |
| 16:50:17 | 9 | THE WITNESS:  No, Your Honor. |
| 16:50:20 | 10 | MR. WEINSTEIN:  I agree, Your Honor. |
| 16:50:23 | 11 | THE COURT:  In regard to Docket Entry Number 10-20907, |
| 16:50:29 | 12 | in regard to Alcatel-Lucent Trade International, the Court |
| 16:50:33 | 13 | sentences the defendant as follows:  Obviously since this |
| 16:50:36 | 14 | defendant is a corporate entity, there is no actual physical |
| 16:50:42 | 15 | sentence, so a fine will be imposed. |
| 16:50:45 | 16 | Pursuant to the Sentencing Reform Act of 1984, they are |
| 16:50:48 | 17 | sentenced to a term of one year probation on the one count |
| 16:50:51 | 18 | Information.  They shall pay a fine in the amount of $500,000. |
| 16:50:55 | 19 | That fine is payable immediately to the Clerk of the Court. |
| 16:51:04 | 20 | This order is being enforced by the Probation Office |
| 16:51:07 | 21 | and the U.S. Attorney's Office to monitor any change in ability |
| 16:51:10 | 22 | to pay which should not be an issue here.  While on probation, |
| 16:51:13 | 23 | the defendant shall not commit any crime, federal, state or |
| 16:51:17 | 24 | local, comply with the standard conditions of probation that the |
| 16:51:19 | 25 | Court follows and the following special conditions: |

| | | |
|---|---|---|
| 16:51:23 | 1 | The compliance plan requirement, the financial |
| 16:51:27 | 2 | disclosure requirement, the maintenance and retention of proper |
| 16:51:31 | 3 | business records requirement, the disclosure of criminal conduct |
| 16:51:35 | 4 | requirement, the nonvestiture of assets requirement and |
| 16:51:40 | 5 | permissible search.  All are outlined in the presentencing |
| 16:51:47 | 6 | memorandum. |
| 16:51:47 | 7 | That is the same sentence that will be imposed in |
| 16:51:50 | 8 | Alcatel-Lucent France, S.A., and as to Alcatel CentroAmerica. |
| 16:51:56 | 9 | All the sentences shall run concurrent for all three defendants. |
| 16:52:01 | 10 | There is, however -- Mr. Jenkins, correct me if I am |
| 16:52:05 | 11 | wrong -- each entity shall pay the fine of $500,000; is that |
| 16:52:11 | 12 | correct? |
| 16:52:11 | 13 | THE PROBATION OFFICER:  That is correct, Your Honor. |
| 16:52:12 | 14 | THE COURT:  The fine is also for Alcatel-Lucent France |
| 16:52:15 | 15 | and Alcatel CentroAmerica. |
| 16:52:16 | 16 | MR. WEINSTEIN:  Your Honor, may I bring a matter to the |
| 16:52:18 | 17 | attention of the Court? |
| 16:52:18 | 18 | THE COURT:  Yes. |
| 16:52:19 | 19 | MR. WEINSTEIN:  Perhaps Mr. Duross can be of help.  In |
| 16:52:21 | 20 | the ordinary context corporate probation could be something and |
| 16:52:26 | 21 | we believe it would be appropriate, but in this instance since |
| 16:52:28 | 22 | we do have the corporate monitor, I believe we agree with the |
| 16:52:31 | 23 | Government.  I think the Government will agree that corporate |
| 16:52:33 | 24 | probation is duplicative and unnecessary in this instance. |
| 16:52:37 | 25 | MR. DUROSS:  Your Honor, that's true.  In the filing |

| | | |
|---|---|---|
| 16:52:40 | 1 | that the Government made in its memorandum in support, I |
| 16:52:44 | 2 | indicated in Footnote 9 that the Government believes that in |
| 16:52:47 | 3 | light of the fact that each of the defendant subsidiaries has, |
| 16:52:50 | 4 | A, a compliance and ethics program currently through defendant |
| 16:52:55 | 5 | Alcatel-Lucent and has committed to making additional |
| 16:52:58 | 6 | enhancements under their respective plea agreements; and B, an |
| 16:53:01 | 7 | independent corporate monitor being imposed for a three-year |
| 16:53:03 | 8 | period under the deferred prosecution agreement; and, C, that |
| 16:53:06 | 9 | the fines and special assessments are to be paid within ten |
| 16:53:09 | 10 | days, each of the $500,000 fines are supposed to be paid within |
| 16:53:13 | 11 | ten days of sentencing, a period of probation does not appear to |
| 16:53:16 | 12 | be warranted in this matter under United States Sentencing |
| 16:53:19 | 13 | Guidelines § 8D1.1, which lays out those different factors, Your |
| 16:53:24 | 14 | Honor. |
| 16:53:24 | 15 | THE COURT:  What I will do, counsel, is I will suspend |
| 16:53:29 | 16 | or cut out any probation once I know the fines are paid and the |
| 16:53:33 | 17 | monitoring program is in place.  So if you submit a motion to me |
| 16:53:36 | 18 | in ten days, to the Probation Department obviously as well, I |
| 16:53:40 | 19 | will suspend probation; but until that time, it does allow me to |
| 16:53:44 | 20 | monitor the case just to make sure, although I don't think it |
| 16:53:48 | 21 | should happen, but that's what I'm going to do. |
| 16:53:50 | 22 | MR. WEINSTEIN:  Your Honor, may I also for the record, |
| 16:53:52 | 23 | it may be that the Court made this clear, but the $500,000 are |
| 16:53:57 | 24 | offset against the amount that the parent is going to be paying, |
| 16:54:00 | 25 | so it is not duplicative. |

| 16:54:02 | 1 | **THE COURT:** Is that in the plea agreement, counsel? |
| 16:54:04 | 2 | **MR. DUROSS:** It is in the deferred prosecution |
| 16:54:06 | 3 | agreement that it will be offset by the amount of money paid by |
| 16:54:09 | 4 | the subsidiaries. |
| 16:54:13 | 5 | **THE COURT:** All right. Counsel, you have waived your |
| 16:54:14 | 6 | right to appeal; however, I will say for the record that |
| 16:54:16 | 7 | pursuant to the Federal Rules of Criminal Procedure, the |
| 16:54:19 | 8 | defendant corporation has a right to appeal the sentence |
| 16:54:21 | 9 | imposed. Any notice of appeal must be filed within 14 days |
| 16:54:25 | 10 | after the entry of the judgment. |
| 16:54:27 | 11 | If you are unable to pay the cost of an appeal, you may |
| 16:54:31 | 12 | apply for leave to appeal in forma pauperis, but we are usually |
| 16:54:35 | 13 | not reading these in regard to corporate defendants, but that is |
| 16:54:38 | 14 | what the language normally is. |
| 16:54:40 | 15 | Anything further on behalf of the United States? |
| 16:54:41 | 16 | **MR. DUROSS:** Not with regard to 20906, Your Honor. |
| 16:54:44 | 17 | **THE COURT:** In regard to 20907? |
| 16:54:48 | 18 | **MR. DUROSS:** I will submit to the Court a proposed |
| 16:54:52 | 19 | order to, as I have indicated before, extend the time -- I |
| 16:54:58 | 20 | forgot what my language is -- extend the time of the Speedy |
| 16:55:04 | 21 | Trial Act, Your Honor. I can submit that within the next 24 |
| 16:55:08 | 22 | hours. |
| 16:55:08 | 23 | What we would request, Your Honor, is that the period |
| 16:55:10 | 24 | of delay during which the prosecution is deferred, it is a |
| 16:55:14 | 25 | three-year deferred prosecution agreement, that that time be |

| | | |
|---|---|---|
| 16:55:19 | 1 | excluded in computing time for the speedy trial clock. |
| 16:55:22 | 2 | **THE COURT:**  And do you have an agreement with counsel |
| 16:55:25 | 3 | for the defendant as to that? |
| 16:55:26 | 4 | **MR. DUROSS:**  Yes, Your Honor. |
| 16:55:27 | 5 | **MR. WEINSTEIN:**  That's correct, Your Honor. |
| 16:55:28 | 6 | **THE COURT:**  All right.  Once it is filed, let me know, |
| 16:55:30 | 7 | but you should understand that for statistical purposes, this |
| 16:55:33 | 8 | matter will be closed.  If you have to file anything in regard |
| 16:55:36 | 9 | to this matter, you need to contact Ivan because you might not |
| 16:55:39 | 10 | be able to do it through electronic filing once it is |
| 16:55:43 | 11 | administratively closed. |
| 16:55:44 | 12 | **MR. DUROSS:**  Thank you, Your Honor. |
| 16:55:45 | 13 | **THE COURT:**  All right.  Anything else? |
| 16:55:46 | 14 | **MR. WEINSTEIN:**  No, Your Honor. |
| 16:55:47 | 15 | **MR. DUROSS:**  No, Your Honor. |
| 16:55:47 | 16 | **THE COURT:**  Thank you very much, counsel. |
| 16:55:49 | 17 | [The proceedings conclude at 4:55 p.m., 6/1/11.] |

**C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of the
proceedings in the above-entitled matter.

06.04.11
_____
DATE

JOSEPH A. MILLIKAN, RPR-CM-NSC-FCRR
*Official United States Court Reporter*
*Federally Certified Realtime Reporter*
400 North Miami Avenue, Suite 11-1
Miami, FL 33128            305.523.5588
                          (Fax) 305.523.5589
josephamillikan@gmail.com

**A**

abetting 19:4
ability 51:2 53:6 62:21
able 39:11 44:17 51:16 59:16 66:10
about 9:11 11:22 15:9 18:10 21:4,4
  22:13,15,24 26:14 27:24 34:11,12
  37:12,12 38:14 41:2 42:24 44:23
  46:16 48:6,6,8 49:3,4,15,17 50:21
  57:1
above-entitled 66:19
accept 5:16 10:9 26:2 28:7 49:7,23
acceptance 24:21 38:14
accepted 24:23 26:9,17 30:23 38:18
accepting 26:21 45:15
accomplish 14:23
accord 57:7
accountable 47:1,19
accurate 11:25 38:4 66:19
accurately 48:12 53:7
Acker 10:13 12:13
acknowledge 28:4
acknowledged 19:23
acknowledging 29:6
acronym 51:24
act 6:6 11:9,16 13:6 14:25 15:1 16:4
  19:4 22:9 23:23 40:21 41:14,14,18
  42:3 44:18 47:1 48:5,7,7 49:17
  50:13,23,24 53:11 56:4 60:8 62:16
  65:21
acted 18:14 21:12
acting 33:6,11
action 15:19 17:24 18:16 27:19 32:24
  33:10 38:7,10
actions 18:12 27:15,17 35:23
activities 17:13 18:7
activity 7:16 52:13,14
acts 34:5
actual 14:9,14 41:25 62:4
actually 11:15 14:8 15:20 21:20 33:4
  40:20,22 41:19 43:7 45:3,3,5 46:19
  47:24 50:24
add 28:25 30:6 62:4
addiction 54:23
addition 29:4
additional 64:5
additions 61:21
address 6:23 12:5 42:7 45:7 51:5
addressed 9:22 13:4
Adelphia 13:18
adequacy 28:15
administratively 66:11
admitted 4:19
adverse 54:22
advise 24:12
advised 21:3
Affairs 42:15
affidavit 18:4,5 24:11 28:12
afforded 16:4 50:13
after 25:7,16 35:10 40:1 46:9 48:20
  55:17 65:10
afternoon 4:17
again 48:10
against 18:12 40:12 41:3 48:1 56:14
  56:21 59:17 64:24
agencies 44:14
agency 8:24 9:3,14 12:15 33:24
agent 33:10
aggressively 46:20
ago 14:18 15:23 25:13,13 37:10
agree 5:18 26:8 35:12 60:18 62:10
  63:22,23
agreed 11:11
agreeing 45:10 58:7,7,12
agreement 5:14 6:1 10:20,21 25:12
  26:2,15 28:3 29:11 37:10 38:25
  39:3 43:3,6,7,17 45:3,4,8,10,19
  46:6 50:4 56:21 57:9,12,15,17 58:3
  58:14 61:14 64:8 65:1,3,25 66:2
agreements 5:25 10:9 25:9,10,21,22
  26:3 29:10,13,19 58:5,18 60:10
  64:6
agrees 45:12
aiding 19:3
akin 8:5,9
al 4:5 40:4
albeit 25:16
Alcatel 7:3 8:20 15:17 18:7,11 19:1,5

  19:24 21:2 25:9 27:14,18 28:2,5,8
  29:5,12 37:18 38:23 39:5 40:4 47:2
  48:1,3,15 53:21 63:8,15
Alcatel's 30:11 39:2
Alcatel-CentroAmerica 1:8 4:16
Alcatel-Lucent 1:7,8 4:5,14,15,23
  30:18 44:3 45:25 50:4,5 53:25 54:1
  54:1,3 60:21,24 61:1 62:12 63:8,14
  64:5
Alcatel 54:20,23
allegations 17:25 19:11 48:25
alleged 11:13,15
allow 53:12 64:19
allowed 7:22 27:25 55:13
allowing 50:5
almost 30:19
alone 18:14
already 19:13 35:11 44:25 49:13,14
  50:18,19
although 64:20
always 35:13
amelioration 27:19
America 1:4 18:22
amount 14:15 16:8 30:20 41:6 53:7
  62:18 64:24 65:3
amounts 25:11 30:23 42:23
analysis 11:4 22:3 47:21,23
analyzes 33:23
Andrew 1:18 4:12
andrew.gentin@usdoj.gov 1:21
and/or 24:8 33:11
announced 22:2 25:8,10
another 14:5 17:10 37:5,24 44:24 48:9
answer 15:22,23,23
antibribery 56:3
antitrust 10:13,14,19 11:6
anybody 18:9 20:5 31:18 38:11 47:6
anyone 57:18,20,22,24 58:17
anything 23:4 29:16 42:12 49:5 57:18
  58:17 62:4,7 65:15 66:8,13
apparently 33:16 42:9
appeal 58:12,21,23,24 65:6,8,9,11,12
Appeals 38:10
appear 5:1 28:15 64:11
appearance 10:24
APPEARANCES 1:14
appeared 17:17
appearing 4:9,14
appears 6:24
applied 30:15 47:18
applies 45:21 54:1
apply 50:22 65:12
appropriate 21:13,14 25:24 26:2,4,4
  33:19 35:18,24 36:22,23 37:20
  39:15,17 48:23 52:24 55:5 63:21
appropriately 15:11
approved 27:7
Arctic 10:14,23
area 7:20,21 52:9
argued 6:5,7 34:2
arguendo 51:15
arguing 6:2
argument 5:12 9:3,15 12:23 40:18
  41:3 44:23 62:7
arguments 32:2 45:20 46:1 51:21
  58:25
around 14:4 18:20
arraignment 12:4
arranged 43:18
arrested 18:22
article 13:11
articles 18:1 34:9
ascertain 53:10
asked 5:13 20:10,21 21:4 22:25 23:19
  23:20 31:14,14 42:11
asking 45:6
assert 23:15
assessment 58:9,10
assessments 64:9
Asset 13:16
assets 63:4
assigned 43:23
assistance 59:16
assistant 22:12
assumed 13:14
assuming 9:17,18 21:8 51:15
attached 60:10
attempt 34:23 39:10

attempted 26:11
attention 36:6 63:17
attorney 13:10 17:10 42:11,13 55:14
  59:16
attorneys 12:25
Attorney's 62:21
audit 9:10
authority 33:6
authorization 55:5
authorized 5:1 33:10 45:20
availability 36:10
available 28:25 58:25
Avenue 1:19 2:15 66:23
avoid 26:11 27:15
avoiding 27:19
award 14:11 39:14
awarded 53:16
awarding 37:23
aware 17:16 29:5 42:14 43:14,17 61:5
awhile 15:23
A.G 1:8 60:21
A.U.S.A 1:15,18

**B**

B 64:6
back 7:5,6,24 24:9 40:3 41:17
bad 15:12 20:13 40:11 57:25
bag 18:20
Bajarano 17:7 18:5 24:11 28:13
bar 36:20
base 30:2,2,3,10
based 10:7 12:15 15:25 18:1 21:1 30:2
  30:7 34:5 39:15 52:9
basic 23:1 40:8
basically 52:19
basis 34:24 61:7
Bayport 2:9
became 18:23
before 1:11 4:7 5:10,16,23 8:17 18:4
  19:12 20:12,21 25:20 28:20 29:6,10
  31:10 35:1,8,16,19 38:21 41:5 55:2
  62:7 65:19
begin 31:2 50:7
behalf 4:9,11,14 5:1,5 19:21 28:5 33:6
  33:10 34:20 53:24 55:1,6,10,18
  57:14 59:4,24 60:21,24 61:1 65:15
behavior 10:17 11:6 52:5,10,11,11
behind 36:3
being 14:5 30:14,16 31:19 37:17 43:7
  57:10 62:20 64:4
believe 5:18,23 12:11 13:5,15 15:24
  16:4 23:2 39:14 44:9 58:8 63:21,22
believed 20:24 38:22
believes 64:2
Belize 19:8
bench 19:20
benefit 9:2 30:6 33:11 35:14
beside 11:12
besides 16:12
best 9:22 16:11 23:23 31:17 34:20,22
  35:2,4 39:9
better 13:16,19
between 12:6 15:19 43:2 44:15 48:3
  48:14,16
beverage 10:16
beverages 10:16
beyond 7:7 29:25 59:15 60:6
bid 14:19
bidding 24:18
billion 30:19
billions 30:25
bills 8:4
Biscayne 1:24
bit 17:15 32:15
blameless 29:8
blocking 43:25
Blvd 1:24
board 7:9 8:6 9:5 42:20
Boards 55:3
bogus 8:3
Bond 1:20
bones 19:16
books 32:9 56:4,16
born 54:11,12
borne 42:6
both 15:3,3 41:13 42:25 50:10 51:8,9

bottom 9:5
bought 24:24
BP 30:22,24
Brazil 19:8
breach 46:7
Brennan 36:12
bribe 9:1 30:5
bribed 19:10 20:14
bribery 17:13,18 18:8 19:6 23:21 25:3
  30:14 48:25 51:5 52:19
bribes 7:9,11,11 8:18,19,23 9:7 14:1,4
  22:10 32:5 33:6 47:5,12 49:1 60:12
bribing 18:2 24:21,22 32:10
brief 6:15 8:14,17 15:8,25 23:3 40:5
  42:5,10 46:15
briefly 13:22
briefs 42:25
bring 35:16 63:16
brought 17:14,23 19:23,25 24:3,13
  28:21,23 33:16 35:19
brunt 28:18
Building 1:20
bunch 8:23
burden 51:16
Burt 17:1
BURTON 2:8
business 8:21 14:1 47:17 60:13 63:3
buying 10:23 11:5 48:17
bwiand@fowlerwhite.com 2:11

**C**

C 64:8 66:18,18
Cable 13:18
calculate 41:9
calculated 21:16
calculation 30:1
calculations 30:13
Calderón 17:10
calendar 39:21
call 39:21 40:11
called 10:13,14 13:1,16 18:21 28:17
  33:14
calling 6:20
calls 18:1
came 9:23 18:11 24:23
camera 42:18
candidly 51:2
capable 61:4
care 4:6 39:22
cartel 10:17
case 1:3 4:4 5:15 6:17,21 7:2,10 10:12
  10:13,13,14 11:1,3,10 12:8 13:1,10
  13:14,16,24 14:10 17:16 19:11,15
  19:17 20:23 21:2,19 26:3,12 27:2
  27:14 28:23 30:24 32:8,11,19,25
  33:2,3,5,9,14,18,23,23,2 34:3,4,1
  34:18,19 35:7 36:7,17,19 37:5,9
  43:9,9 48:1,1,9,25 49:2,12,19 52:10
  52:25 53:11 55:11 56:7 57:15 58:15
  58:20 59:20 61:4,9,19 64:20
cases 8:2 19:13 27:17 30:22,23 31:25
  32:17,22 34:16 36:14 45:20 48:6
  49:3 53:12 56:10
Catagggio 36:7
cause 40:2 45:14
Center 1:23
CentroAmerica 54:1 61:1 63:8,15
certain 7:22
certainly 7:13 27:11
Certificate 3:3
Certified 2:14 66:22
certify 66:19
cetera 45:16
challenge 9:16,18
chance 55:11
change 1:11 4:3 62:21
changed 12:17 20:1
charge 9:16,18 47:5,11 56:14
charged 7:15 19:6 47:2,3,3 50:7 52:15
  57:5 61:10
charges 5:2 10:21 13:7,12,20 46:25
  55:25 56:1,11 57:2,24 61:6
charging 5:2 18:13
Charles 1:15 4:11
charles.duross@usdoj.gov 1:17
chief 22:8
Chile 19:8

chose 28:7 59:21
chosen 51:6
Christian 2:2 7:2 18:13,19 28:22
Cienfuegos 36:9
Circuit 10:12 11:11,12 13:2,17 14:12
  14:13 34:14 49:3 51:3
circumstance 9:4
circumstances 9:16
circumvent 56:5
CIT 7:3
citation 45:2
cite 32:22 33:4,8 43:17
cited 9:10 31:25 33:15 34:16,18 37:6
  48:5
citizen 54:18
City 33:17,21
civil 15:19 28:24 38:7
claimed 15:9 51:13
claims 15:14 38:6,11
clawing 26:12
clear 15:7 30:13 33:13 38:1 39:2 57:4
  64:23
clearly 28:11 32:8,11,12 33:24 34:8
  36:14,25 37:16 39:14
clerk 54:4 62:19
client 24:16 25:2 62:6
clients 23:16
clock 66:1
closed 66:8,11
closely 52:4,12
cnauvel@ willkie.com 2:5
coconspirator 32:24 52:16
code 46:22 50:8
coffin 53:3
collateral 28:14
colleague 17:3
colloquy 56:22
come 4:2 19:24 30:8,12 31:10,15
  32:19 37:12 59:19
comes 9:12 20:12 29:6 41:18
coming 10:1 35:1,8 54:20
comment 40:5
comments 11:22 18:2
commerce 47:8 60:16
commercial 15:14,19 48:14
Commission 44:5
commit 62:23
committed 64:5
communicate 35:5
communication 23:19
companies 8:17,18 14:4 19:1 22:7
  28:1
company 4:25 7:14,14,18 8:20 9:5,7
  9:12 10:14 11:6 12:17 13:18 17:8
  17:24 18:18 19:10 24:7,24 27:7
  29:8 34:1 43:3,19,20,21 44:9,22
  46:11,14,17,17,20,2 1 47:5,12 48:17
  48:17
compared 30:20
comparison 7:20
compensation 32:12
competent 61:4
competing 8:20
completed 43:7 44:21
completing 36:19
complex 15:4 16:8,11 36:14 41:9 42:1
  47:13 50:17 51:12
complexity 14:24 16:22 36:9 37:1
  41:3,13 51:10
compliance 46:23 49:20 63:1 64:4
complicate 51:13
complicated 36:2,4
comply 11:23 26:6 62:24
compulsory 59:18
computation 35:22
computing 50:6 66:1
concern 6:20
concerned 41:2
concerning 5:11 42:12
concerns 44:2 48:16
conclude 66:17
conclusion 21:19
conclusions 16:15
concurrent 63:9
conditions 42:24
conduct 7:1 10:3 12:16 23:21 24:12
  27:10,11 31:23,24 32:11,12 33:11
  37:14 46:22 47:8 50:6 52:8,17

60:14 63:3
confer 12:25 31:6 34:12 40:15 54:25
conference 31:8
conferral 12:22 13:6,15
confers 40:25
confess 9:16
conflict 25:17
Congress 23:16
connection 33:25
consequences 28:14 61:6
consider 26:1,1,3,5
consideration 29:2
considerations 26:19
considered 12:12 16:6 23:14 26:20
  37:23 39:6,24 53:4
consistency 52:14
conspiracy 19:3 26:25 55:25 56:2,11
  57:5
conspirator 52:15
conspirators 57:3 60:7,11
constancy 52:13
constitute 38:25
consultants 18:21
contact 22:23 66:9
contacted 23:12,13
contained 58:18
containing 61:8
contemplated 38:22
contends 6:12
CONTENTS 3:1
contest 45:23
context 36:4 46:2 51:5 63:20
continued 23:5
continues 29:5
contract 24:22 32:6 49:1
contracts 18:20 27:8 32:6 49:2
control 9:10 12:6
controls 9:11 46:23 56:5,6,15
conveniens 38:9 48:2
convicted 7:23 33:2
conviction 20:4 25:8 32:3 49:5
COOKE 1:11
cool 10:17
cooperate 20:2
cooperating 18:23
cooperation 19:19,21 21:1 27:13
cooperator 7:2
coordinated 27:8
copy 45:25
corporate 5:5 28:17 43:19,21,22 44:4
  44:19 49:21 52:8 55:10,14 57:2,5
  58:6 62:14 63:20,22,23 64:7 65:13
corporation 27:3 34:6 45:12 56:18
corporations 55:2,18 61:5
correct 5:17 8:12 35:10 40:17 56:8
  57:7,10,11 58:11 61:15,16 63:10,12
  63:13 66:5
corrected 42:8
corrections 61:22
correspondence 61:24 62:1
corrupt 7:15,22 13:25 14:19 19:4 22:8
  22:15 24:6,12 27:6 28:19 49:17
  53:11 56:3 60:8
corrupted 14:7
corruption 6:25 7:5 17:17 18:17 22:11
  27:1
cost 10:18 65:11
Costa 7:4 9:23 15:21 16:15 17:11 18:6
  18:7 19:8,9 20:9,11 27:21,24,25
  28:2,4,11 29:7 38:6 42:12 46:1 47:3
  47:5,12 48:17,17 49:14 60:12
Costarricense 2:8 17:2
counsel 4:12,23,24,25 12:2,7 17:5,8
  27:20 29:16 31:2 39:20 40:6 41:1
  47:14,15,22 51:21 52:1,7 53:8,12,18
  54:3,25 55:4,17,21 58:2 60:2 61:12
  61:17 62:3,6 64:16 65:1,5 66:2,16
count 55:25 56:1,2,18 57:3,6 62:17
countries 18:22 19:7
country 44:2 53:9
counts 55:22
couple 25:15 42:7 46:10,25 51:5
course 19:9 20:20 22:18
court 1:1 2:3 4:1,6,21 5:4,7,20
  5:23 6:8,12,18,22 7:19,24 8:10 9:15
  9:21,24 10:8 11:1,7,14 12:3,5,7,14
  13:9,14 14:8,13,17,23 15:1,4,8,21

16:2,3,7,8,24 17:5,16 20:6 21:8,11
  21:18,24 22:1 24:25 25:20 26:15,22
  27:4 28:20 29:6,16 31:2,11,25
  33:15,18 34:7 35:1,8,16,16,19 36:8
  36:13,17,18,20 37:11 38:7,10,21
  39:12,18,20,24 40:3,21,25 41:8,16
  41:23,25 42:1,2,18 43:8,13,16
  44:23 48:1,1,19 49:2,25 50:10
  50:19 51:1,11,18 53:7,10,21,24
  54:4,10 55:4,9,21 56:7,19,24 57:9
  57:13 58:2,10,13 59:3,8,19 60:2,17
  61:3,3,17,21,25 62:1,11,12,19,25
  63:14,17,18 64:15,23 65:1,5,17,18
  66:2,6,13,16,22
Courthouse 2:14
COURTROOM  1:5
Courts 36:21
Court's 16:14 45:6
create 27:12
credit 27:12
crime 6:4,5,6,9 11:8,16,18 13:6 16:3
  28:16 30:14 41:18,21 42:3 48:5
  49:4 50:13 62:23
crimes 29:21,22,23 30:15 35:3
criminal 1:19 9:19 17:11 27:24 44:9
  44:11 52:17 55:25 56:7,13 57:24
  66:11 67:8 68:7
criminals 18:2
cross-examine 59:17
cumbersome 42:2
current 40:20
currently 64:4
cut 64:16
CVRA 12:21 22:20 25:21 26:6 31:5,20
  34:20 35:21

D

D 2:14
damage 24:17,18
damaged 31:22,23 53:13
damages 10:2 14:9 15:8,14 16:17 28:1
  28:1 31:11,12 38:6,12 41:10 53:4,9
danger 22:9
data 44:1
date 12:4 50:19 66:21
dating 7:6
day 14:17 41:11 45:12,13
days 41:6,12 64:10,11,18 65:9
DC 1:20 2:3
de 2:8 17:2
deal 25:19,23,25 26:21 43:10 45:15
  46:6,16
dealing 22:6 61:24
dealt 24:15 26:11
Dean 13:1,13 34:14,17
decade 14:18
decades 27:1
deceit 32:8
December 25:13 43:12 44:17,22
decide 16:2 46:7
decided 13:19 20:1 22:16 55:15
decides 47:10
decision 9:23 21:16,22 22:2 40:11,22
  41:16 51:4
decisions 7:17
decline 36:10
deemed 16:2 46:5
deeply 9:12 10:3
defendant 50:4,5 52:12 62:6,13,14,23
  64:3,4 65:8 66:3
defendants 1:9,22 6:17 44:24 58:12
  61:4,9,17 63:9 65:13
defendant's 51:2
defenses 55:14
defer 57:12
deferred 5:25 25:10 26:2,14 29:11
  45:4,7,10,18 46:5,8 50:1,2,3 56:20
  56:21 64:8 65:2,24,25
definite 13:11
definition 22:15
degree 51:14
delay 16:22 37:5 42:24 49:25 50:2,17
  65:24
deletions 61:21
deliver 16:7
delivered 15:10,11,17 25:3
delve 14:23

delved 10:3
demonstrate 50:5
demonstrated 24:14
denied 18:11,15 27:15 31:6 32:23
  50:15 53:17
deny 29:5 50:10 51:11
denying 10:1
Department 1:18 10:20 13:5 17:25
  21:21,23 22:5,23 23:5,10,13,18,22
  24:4,14 26:17 27:20 34:25 35:14
  39:9,13 44:4,16 47:10 50:3 64:18
Department's 51:1
depends 51:1
depth 38:3
described 14:2 50:18 60:9
designated 44:18
despite 52:22
detail 6:20,23 11:24 46:16 60:9
detailed 7:10 25:4,6
details 43:14
determination 34:25 36:22 38:8
determinations 36:23
determine 5:16 13:24 16:10,17 23:24
  25:23 26:16 41:6 51:20,22
determined 24:17 36:25 61:13
determiner 39:12
determining 38:11 51:12
deterrence 49:11
devil 43:14
different 6:21 7:12 11:2,9 12:20 13:3
  14:4 44:13 45:9 46:17,21,23 47:9
  48:10 64:13
differently 13:13
difficult 8:24 9:15 12:14 15:15 52:6
dignity 11:22
direct 31:22
directing 18:7
direction 21:12
directly 10:23 11:6 31:22 39:12
director 14:5 17:7
directors 7:9 14:3 19:10 42:20 55:6
disagree 40:10
disagreement 50:21
disclosure 25:11 27:13 43:6 63:2,3
discretion 26:22
discretionary 50:25
discuss 5:9 13:20 44:19
discussed 7:5 55:13
discussing 55:17 56:12
disgorgement 49:12
dispute 15:19 48:14
distinction 43:2
District 1:1,1,12 14:13
diversionary 27:15
division 1:2,19 10:20 17:7
Docket 6:18 62:11
doctor 8:2
document 42:16
documentation 19:7
documented 27:8 28:12
documents 5:2 18:25 23:3 25:20,21
  27:4 48:21
doing 9:1 14:5 33:17 37:7 55:22
DOJ 22:13,18,20
Dolan 36:17 37:7
dollar 14:15
done 30:17 35:1,13,17 36:8 37:15 41:5
doubt 59:15 60:6
down 9:23 19:23 38:13
downstream 10:22
DPA 38:14
drafters 38:24
draw 59:21
Drive 2:9
drug 27:14 54:23
drugs 54:20
dry 29:13
due 17:13 35:11 39:5
duly 45:19 54:6
duplicative 63:24 64:25
during 13:11 20:3,20 49:25 50:2
  65:24
Duross 1:15 4:11,11 5:9,18,22 6:11,14
  6:19 7:19 8:1,12 21:16 22:25 35:10
  38:21 40:5,17 41:11 45:2 53:20
  55:24 56:9,25 57:11 58:5,11 59:4,6
  60:5 61:15 62:5 63:19,25 65:2,16
  65:18 66:4,12,15

Duross's 21:12 22:1

**E**

E 1:15 66:18,18
each 55:24 56:1,18 57:4,5 60:7 61:5,8 61:9 63:11 64:3,10
earlier 14:2 43:1
early 4:25 21:1
easy 51:6
economic 11:4 44:1
Edgar 18:12
effort 11:23
efforts 23:21 31:18 34:20,22 35:2,4,11 39:9 46:14
either 41:15
Electricidad 2:8 17:2
electronic 35:11 66:10
elements 11:9 61:8
Eleventh 14:12,13 49:3 51:3
employee 7:3
employees 18:13 19:10 24:1,12
end 11:5 38:13 43:12
ended 27:6
enforce 25:24
enforced 62:20
engage 15:5 16:9
engaged 8:7 10:17 11:6 28:8
enhanced 49:20
enhancements 64:6
enough 52:21
enter 55:6,18
entered 25:22 35:20 37:15
entering 5:4 61:4
entire 20:3 27:5 33:16
entirely 50:16
entities 5:2 15:20 48:15 53:25 55:7,10 55:15,23 57:14 58:3 59:4,24
entitled 6:7 12:12 21:6 31:19 32:12 34:12 38:1 41:21,22
entity 5:4 28:17 33:11,19 62:14 63:11
entry 6:18 62:11 65:10
envision 39:1
Ericsson 8:20
especially 30:21
ESQ 1:22 2:1,1,2,8
essence 6:3
essential 61:8
essentially 17:8 18:19 19:16 31:16 40:10 43:22 52:16
established 18:20
estimation 14:9
et 4:5 40:4 45:16
ethics 64:4
evaluate 21:51:1
evaluated 9:24
evaluating 9:20 46:3
even 13:23 14:23 16:6 22:20 29:2,14 33:19 40:19 41:22 42:3 48:20 52:15 52:20,23 53:11
event 43:4
events 4:24 43:16 50:7
ever 23:19 54:23
every 9:5 12:3,3
everybody 9:5,6 43:10 47:14 52:19 57:9
everyone 5:18 51:20
everything 50:19
evidence 8:16 16:11 18:4 19:25 20:13 21:9 28:20,22 34:7 35:19 39:11 40:12
ex 42:18
examine 36:16
example 45:21
except 20:13
exception 12:4
Exchange 44:5
excluded 12:2 50:6 66:1
excuse 52:7
executive 27:7
exercised 34:22
Exhibit 60:10
exhibits 16:14 28:12
exist 53:4
existed 6:25
existence 49:17
exists 45:17
explain 31:6

**F**

F 66:18
face 13:8 57:24
fact 9:10 11:13 12:1,20,23 14:9 16:12 16:14 21:9 22:20 32:1 34:21 35:18 41:12,24 43:16 46:8,15 51:12 61:8 64:3
factors 6:21 9:20 64:13
facts 6:23 8:14 9:24 10:8 14:14 15:25 18:24 32:16 42:6 45:13,23 60:9,18
factual 34:24 45:9
fail 9:3
failed 35:18
failure 26:6,7
fairly 11:21,24 13:4 25:5 46:20
fairness 12:10
false 18:3 32:9
familiar 7:21
family 13:18
far 54:15
Farr 2:2 4:19
fault 29:8
favorably 34:18
Fax 1:21,25 2:4,10,16 66:24
FCPA 22:17 47:1 56:5,6,11
federal 47:17 62:23 65:7
Federally 2:14 66:22
feel 43:5
felony 59:5
Ferguson 2:14
few 34:1,5 42:8
Fifth 13:2 34:14
fighting 22:11 48:2
figure 14:18 15:17 16:18 38:24 52:4
file 20:25 66:8
filed 5:24 6:16 13:12 16:13 18:12 20:9 21:2 23:9 25:13 27:4,15 28:12 32:18 37:11,12 43:12 44:22 52:10 55:11 65:9 66:6
filing 12:23 13:7,20 22:1 43:2 63:25 66:10
finally 19:25 33:22 50:14
financed 25:2
financial 1:23 63:1
find 11:8,14 16:3 30:1 34:17 39:8 44:10 53:1 61:9
finding 9:13 41:24 61:3
findings 16:14 41:24 52:9
fine 30:10,12,17,20 49:12 58:8 62:15 62:18,19 63:11,14
fines 25:11 30:23 35:22 64:9,10,16
fire 44:9
first 5:21 6:8,24 22:10 26:15,23 42:9 49:7 52:3
five 23:25
fixing 10:18
FL 1:16,24 2:10,15 66:23
Floor 1:20
Florida 1:1,6 48:1
flow 32:4 53:9
flows 51:22 53:5
focus 19:9
focused 12:23
folks 8:23
followed 4:3
following 16:15 26:1 39:7 59:13 62:25
follows 62:13,25
food 10:16
footnote 13:4 64:2
forcing 57:22
Fordham 54:17
foregoing 66:19
foreign 19:4 22:7,8 49:16 53:11 56:3
foremost 52:3
forgave 19:21
forgot 65:20
form 39:6
forma 65:12
former 7:2 22:8,12
forth 11:24
fortunately 25:17

forum 36:10 38:9 48:2
forward 19:24,25 25:15 26:9,13,21 28:23 29:3 31:13 36:14,23 37:4 39:5
fostered 24:21
fought 27:18
found 10:2 11:12,16 14:13 34:5 36:8 36:13
frame 36:18,20
France 1:7 4:5,15 43:25 44:2,11,14 47:3 54:1 60:24 63:8,14
frankly 18:3
fraud 1:19 7:21 8:7 29:23,23 32:8
fraudulent 18:25 32:11
French 43:20,23 44:7,14,17 47:4,11 47:12 48:16
Friday 42:10
from 7:24 8:24 9:5,19,23 10:23 11:3,8 11:6,22 12:2 13:8 14:4 16:20,24 17:9 18:5 19:11 20:9,11,14 21:21 22:13,22,23 23:10 24:1 25:17 35:21 37:24 40:6 42:10,12 45:24,24 47:2 51:20,22 52:12 53:5
front 43:10
frying 44:8
fuel 22:11
full 54:7
fully 55:13
full-blown 48:20
funds 24:9
further 20:22 29:25 30:16 32:8 62:1 65:15

**G**

G 1:11
Gallagher 2:2
Gaming 23:3
Gamma 37:8
gatekeepers 8:2
gather 34:23 39:10
general 4:22,24,25 6:23 17:8 54:2
General's 42:11,13
Gentin 1:18 4:13
gets 9:9
getting 35:11
Gianluca 17:3
give 40:5
given 32:21 41:8 52:8,17 53:6 55:5
giving 23:14 32:25 35:14 47:13 59:10,12,13,20,24
Glacier 10:14,23
go 4:7 10:15 11:25 22:16 26:20 29:3 31:4,13 32:15,16 35:23 37:4 38:2 46:16 47:14 49:2 52:1 54:15 55:15
goes 26:9
going 5:7,16 9:6 10:5 11:8 15:23 17:18 18:22 20:11,18,23,25 25:12 31:9 36:25 38:2,2 39:20,22 43:15 44:8,20 46:1 48:11,12 52:1 64:21 64:24
gone 17:22 26:13 34:21 53:6
good 4:17 11:24 15:12,17 50:5
goods 24:23 48:16
gotten 35:8
Government 1:15 6:12,15,16,19 7:10 8:16 11:22 12:6,7,20,24 13:10 15:24 18:24 19:14,23 20:7,10,12,25 21:4 24:17 27:21 28:2,3,11 31:10 32:19 34:2,9,16,21,22 37:18 49:7 50:14 52:23 57:12 59:14 60:3,5 63:23,23 64:1,2
governmental 33:19
governments 22:14,16
Government's 30:4 35:4
graduated 54:17
grave 22:9
great 40:12 45:14 46:16
greatest 19:19
guaranteed 23:16 38:17
Guerra 2:9
guess 10:15 12:4
Guidelines 64:13
guilt 59:15
guilty 19:3 45:22 49:8,10,23 53:19 55:1,6,18 57:20,22 58:7 59:1,4,9,24 60:23,25 61:2,10

gun 20:15

**H**

hac 4:19
half 7:8 29:2
hand 48:15
handled 19:17
hang 12:25
happen 57:25 64:21
happened 47:24
happens 41:23
happy 38:14 42:18
hard 21:19
hardly 29:13
hard-fought 43:15
harm 9:21 10:4 11:15 23:20 37:12 39:10,11
hat 13:1
having 21:3 35:1
hear 16:24 59:17
heard 51:20
hearing 7:8 11:22 12:3,3 54:21
hearings 12:1,1 35:12 53:8
held 9:2 47:1,19
help 63:19
helpful 33:4
her 19:20 20:22
herring 37:10
highly 48:21
high-level 30:8 44:15
high-placed 52:17
him 19:17,18,21 20:25 21:14 23:1 44:19
history 19:20 27:10,11 49:16
hold 13:13
Honduras 19:8 60:12
honestly 48:24
Honor 4:12,17,20,22 5:3,6,19,22 6:11 6:14,14,19 7:7 8:1,2,15,17,19 9:4 9:13,22 10:4,11 11:1,3,17,24 12:11 12:18 13:22 14:2,12,22 15:7,22,24 16:6,11,20 17:1 21:15 22:5 36:2,16 40:17 41:4 42:6,23 43:20 44:21 45:2,11,18 46:10 48:13,24 49:6,22 50:9,12,14,20 51:2 53:20,23 54:2 54:12,19,22,24 55:8,12,16,20,24 56:9,17 57:8,11,16,19 58:9,11,16,19 58:22 59:2,6,7,11 60:1,5,20,23,25 61:15,16,20 62:2,5,9,10 63:13,16,25 64:14,22 65:16,21,23 66:4,5,12,14 66:15
HONORABLE 1:11
Honor's 36:6
hospital 8:6,7,8,11
hours 14:16 65:22
Huff 13:16 14:10

**I**

ice 5:11,13,24 6:4,20,25 7:9,12,13 8:18 8:25 9:1,2,13,15,17 10:1,2,15,18,22 11:21 12:8,9,12,15,17,22,2 5 13:23 15:9,18,24 16:13,24 17:8,11,13,19 18:1,2,5,9 19:9 20:5,5,7,11,18 21:14,17 22:23 23:20,21 24:1,9,10 26:12 28:6,7,8 34:2,8,24 40:6 42:10 42:12,19,24 46:11 47:18 48:15 51:15,15,23,23 52:23 53:1
iceberg 17:17
ICE's 12:2,6,25 18:5 32:20 37:13 47:13,15,22 50:10,15 51:13 53:15
ignore 34:14
illegal 24:12 39:1 52:13
illegally 52:14
imagine 9:44:13 44:8
immediate 61:12
immediately 62:19
important 20:6 23:17 25:7 29:4 31:7 43:1 45:7,11 53:3
importantly 7:8
imposed 62:15 63:7 64:7 65:9
inaccurate 28:11
inadequate 38:16
inappropriate 29:19 35:21,22
incident 24:13
include 6:4 29:20,22 39:3
included 23:2 30:21
includes 49:20

including 8:19 14:5 42:19 55:14
inclusion 30:21
inconsistent 38:15 46:4
incorporates 56:17
indeed 16:1 17:22 19:14,18 23:10 26:8
independent 43:18,21 44:4 49:21 61:7 64:7
indicate 21:22 30:3 36:25
indicated 19:14,18 20:10 22:7 24:11 25:7 28:7 33:5,9,18 38:22,23 64:2 65:19
indicates 19:7 27:11 30:10 33:24 37:7 37:8
indicted 33:1,1
Indictment 12:24
individual 18:6,16 19:16 32:23
individuals 5:5 17:12,20,21,23 18:8 23:25 24:1,5,6,21,22 28:16 33:5 34:6
industries 7:4
inequality 24:18
inference 59:22
information 20:7,11 21:4,7,20 24:19 27:4 31:16 34:23 35:5 37:13 39:10 50:7 56:1,10,13 57:2 61:11 62:18
informational 52:24
Informations 55:11,13,22,25
informed 61:5
initially 25:15
ink 29:13,14
inked 43:10
innocent 45:14 59:14
inquire 22:24
inquiries 23:18
inside 7:22
instance 12:24 63:21,24
instances 14:18
Instead 11:14
Instituto 2:8 17:2,7
instrumentalities 47:7
instrumentality 60:15
INTERESTED 2:7
interesting 8:12
intermediary 44:18
internal 9:11 42:17 46:23 56:5,6,15
international 1:8 4:15 26:25 28:19 33:8 42:15 53:25 60:21 62:12
interpretation 44:6
interstate 47:7 60:15
intertwined 52:4,12
intervention 39:12
investigate 35:15
investigation 13:12 42:17 44:11 46:20
invite 36:6
involve 8:2 32:3 58:6
involved 7:3,15 8:18 10:18 13:17,25 14:5 17:12,21,23 19:2,7 22:4 24:2,6 29:21 30:5,7 33:17,20 52:18,20,21
involves 17:16 31:23 32:8,9,9
issuance 59:18
issue 5:20 7:1 8:13 10:3,4,9 11:7,8,14 11:18 12:14,19 13:21 15:15 18:9 23:4,6,11 34:15,17 40:8 42:24 44:12 45:6,15 51:3,19,22 53:2 61:24,25 62:22
issues 6:1,10 7:5 12:15 14:2 42:7 43:24 46:10 51:12
issuing 45:13
Ivan 4:6 39:23 66:9

J
J 2:1,1,2
Jackson 22:12
jamillikan@aol.com 2:16
January 25:8
Jenkins 61:23 63:10
Jersey 54:12,16
Joining 4:12
jointly 55:23
Jon 1:22 4:17
Jordan 17:3
JOSEPH 2:13 66:21
josephamillikan@gmail.com 66:24
Jr 2:14
jsale@saleweintraub.com 1:25
judge 1:12 4:3,8 19:18 20:21 21:10,20 22:19 23:17 25:16,17,17,18 26:8,15

27:3,23 28:16 29:4,10,14,19,25 30:16 31:4,6,18 32:15,18 33:14,22 35:2,12 36:1 37:9,21 39:7,15 44:18
judgment 10:1 40:11 65:10
judicial 39:25
Julietta 17:4,6
JUNE 1:7
jurisdiction 9:17 44:25 47:11
jurisdictional 41:12 47:4
jurisdictions 53:6
jury 59:21
just 6:22 8:17 12:18 13:21,22,23 14:2 14:20 38:3 40:5,23 41:17,20 42:21 43:9 44:8 46:10,25 47:5,14,14 49:5 50:20 52:7 56:12,24,25 57:4 64:20
justice 1:18 10:20 17:14,23,25 21:21 21:23 22:6,23 23:5,10,18,22 24:3,4 24:14 26:18 27:14 28:21 30:11 35:15 38:15 39:9,13 44:5,16,16 47:10 49:10 50:3
Justice's 13:5
J.D 54:17

K
K 2:3
Kamuvaka 33:14
keep 10:16
kept 47:18
key 12:18
kicking 27:14
kind 10:15 20:8 26:21 31:12 53:11 55:22
kinds 8:3 48:21
King 2:9
knew 18:9
know 7:20 15:16 18:16 20:6 21:6 22:2 30:24 32:4 34:7 38:3,19 41:4 43:11 45:5 46:7,12,12,15,19 47:6,7,19 48:19,20,24 52:20,25 64:16 66:6
knowing 61:7
known 18:10 34:8 43:24 50:24
knows 9:6

L
lack 9:11 19:19 28:4
laid 6:15,20 8:14,16 11:18 15:25 18:24 23:1 25:5 26:17 46:15,24
landed 25:18
language 28:7 65:14,20
large 7:13
largely 11:12
largest 49:16
last 5:11,23 9:23 22:10 30:18,19 38:19 38:21 42:10 43:15 50:20 54:8
lasted 9:24 47:19
lasting 48:20
Lastly 50:9
late 46:21
later 16:18
Latin 18:22
laundering 19:7 29:22
law 6:17 16:15 21:19 38:1 41:20 44:7 49:11 54:17 59:18
lawyer 20:24 29:7
lawyers 16:12
lay 14:14
lays 26:19 64:13
Lazarenko 32:22,22
leading 19:15
least 10:2 40:25 45:24 60:13
leave 38:24 65:12
leaving 11:8
led 44:14
leeway 41:9
legal 17:7 40:12 45:20 47:21 58:24
lengthy 13:4 16:9,9 53:8
lenient 6:3
let 16:24 41:17 47:14 61:25 66:6
letter 20:9 23:1 42:9
letters 20:21 23:7,8
let's 5:20 6:8 7:21 26:14
level 9:9,10 14:24 30:2,3,3
liable 34:5 45:22
light 19:21 64:3
lightly 44:12 46:18
like 7:23 13:20 15:9 17:15 31:5 33:22 43:22

limitations 45:21 47:4
lines 25:1
listed 19:1
literally 56:21
litigation 16:16 37:19,20 38:2,5 45:25
little 17:15 41:8
LLP 2:2
local 33:4 62:24
logic 13:16 20:16
long 17:22 47:19
longer 24:7 47:16
Longshoremen 33:8
look 13:9 26:16,23 29:20 30:16,22 32:5,10 33:3,23 35:2,7
looked 11:14
loss 14:9,14 16:8 41:25 51:16
losses 51:13
lost 47:20 48:3
lot 21:11 43:13
low 30:20
low-level 18:20

M
made 7:17,23 8:10 10:23 11:10,21,23 21:22 22:3 32:2 34:25 36:21 40:11 46:2 53:14 60:18 64:1,23
Magistrate 37:2 44:18
Maglich 17:3
mail 29:23
maintenance 63:2
major 25:1
majority 33:20
make 12:8 15:7 16:8 29:12 36:23 40:22 41:16,23 43:5 45:20 56:24,25 61:22 64:20
makes 9:15 42:19
making 10:15 29:13 32:9 46:4 64:5
Malaysia 60:12
man 18:20 28:22
management 9:19 13:17 27:5 46:22
managing 8:6
mandated 46:7
mandatory 14:25 26:7 41:13 48:6 50:22,25,25
manner 21:14 27:9
many 7:14 10:12 14:16 43:11 46:21
March 42:14
Marchena 4:1,8 54:6,7
MARCIA 1:11
Mark 22:7
Martin 2:1 4:18
massive 48:14
Master 37:2
material 18:23 43:4
matter 4:6 5:10,15 22:18 24:16 30:1 35:20 40:7 45:22 47:13 53:16,19,22 55:19 57:14 58:4 60:3 61:13 62:8 63:16 64:12 66:8,9,19
matters 22:24 25:4 27:16 35:15 37:1 39:22,24 40:16 64:19
may 5:24 6:15 7:8,19 47:6 54:2 58:25 63:16 64:22,23 65:11
maybe 22:17 29:1 34:2 37:19 40:10
ma'am 29:17
McNulty 26:18,19 47:15
mean 28:8 32:4 36:4,4 41:4,13 53:5,8
meaning 52:19
meaningful 34:13 35:14
means 31:8 60:15
meant 38:25
Medicare 7:21,25 8:2,3,4,7,11 33:15
meet 39:17 44:17
meeting 44:15
member 9:5
memo 26:18,19 47:16,16
memorandum 6:16 63:6 64:1
Mendelsohn 22:8
mention 24:19
mentioned 24:20 29:24 57:18 58:17
Merely 53:4
merged 46:20
merit 34:4
merits 38:8
met 11:9,20 12:13,21 42:5
Mexico 19:8
Meyer 2:1 4:19
Miami 1:2,6,16,24 2:15,15 18:23

66:23,23
microphone 17:5
might 8:10 12:12 22:5 53:12 66:9
MILLIKAN 2:13 66:21
million 25:1 27:22 28:3,6 30:6,10,17 30:18 32:5,6 36:7 49:12,12,13,15
Ministry 44:15
minute 22:2
mistake 56:9
mistaken 42:21
MLAT 42:15
mobsters 33:1
mom 10:22
moment 5:8
money 19:6 22:9,14 29:22 32:25 65:3
monitor 43:19,22 44:4,19 49:21 62:21 63:22 64:7,20
monitored 24:23
monitoring 64:17
monitorship 44:6
months 20:19 25:13,13,16 37:10 43:11,11 53:8
moral 28:1,1 38:6
more 8:5,9,15 12:14 16:13 30:5 31:4 36:10 40:7 48:20 49:17
Morello 17:3
Moreover 16:6 36:24
morning 12:5
most 7:7,16,17 8:1,6,15 9:22 22:15 31:7 41:2 51:25
motion 20:25 48:2 64:17
moved 25:15,17
much 12:17 27:12 39:19 66:16
Muelfelman 36:13
multiplier 30:11
must 5:9 9:3 50:7 65:3
MVRA 31:21 32:11 51:4,11
mweinstein@ willkie.com 2:4
M.W 2:3

N
nail 27:18 53:3
name 22:11 54:7,8
named 5:2 32:23 55:2
national 47:11
nature 21:5 26:23,24 30:14 31:11 35:23 41:12 52:8,17 61:5
NAUVEL 2:2
nearly 7:8
necessarily 12:14 51:6 53:1
necessary 31:13 35:24
need 11:13,24 12:14 15:5,6 16:2,3,8 16:21,22 27:23 30:16 32:5,15,16 40:22 42:2,8 46:16 47:21 51:14,22 53:2 56:24 66:9
needed 36:21
needs 9:21 10:8 26:16 49:4,6 53:14
negative 59:22
negligence 34:4
negligent 34:1
negotiated 45:1
negotiations 13:20 43:13,15 44:13
neither 14:25
nest 17:25
network 15:10 48:22
never 11:22,22 12:2 20:4,7,10 25:3 31:14,14 42:11
new 1:19 46:22,22 54:12,16
newspaper 18:1 34:9
next 65:21
nice 36:3
nine 16:12
NLRB 33:5,9
nobody 28:16,20 47:3
nobody's 37:12
nominees 32:25
non 38:9 48:2
none 28:15 33:13 34:16 46:11
nonissue 11:10
nonparticipation 37:14
nonspeculative 14:8
nonvesture 63:4
normally 65:14
North 2:15 66:23
note 23:17 25:7 32:18
noted 37:18,18
nothing 35:17 40:15,15 48:4,4 62:1

notice 11:25 12:1 20:5 34:11 35:9,12
    65:9
notices 35:11
number 6:5,6,18,21,25 7:4,12 13:3
    31:25 42:25 46:13 52:18 61:10
    62:11
numbers 4:4 30:4 56:7
nutshell 40:18
NW 1:19
N.E 1:16

**O**

oath 53:24
objecting 5:25,25
objects 56:2,2,12
obligated 43:5
obligation 35:4,15
obligations 11:23
obliged 52:24
obtain 60:13
obvious 13:8 19:11 35:7 37:3
obviously 6:9 8:14 12:16 42:16 45:25
    62:13 64:18
occasions 23:7 24:8
occurred 13:25 14:18 18:15 29:9
    33:13 35:6 43:4 60:14
occurring 8:22 47:8
October 44:15
off 5:11
offender 52:3,5
offense 30:5,7 59:5 61:8
offenses 26:24 61:10
offered 57:10
office 12:8 25:4 33:16 42:11,14,15
    62:20,21
officer 43:22 63:13
official 2:13 30:8 66:22
officials 7:12 24:7 44:16 60:12
offset 37:25 64:24 65:3
Oh 40:22
Ojeikere 33:3
okay 4:21 5:7,20 6:12 17:1,6 22:17
    56:24
Okun 34:18
old 54:13,14
Oman 17:10
once 13:12 44:21 64:16 66:6,10
one 4:6 5:9 6:2,8 8:13 9:20 12:19 14:3
    19:12,15 22:10,24,24 29:1,20
    30:5 32:2 34:13 37:8 38:19,25 41:1
    41:15,17 43:16,21 44:12 45:7,8
    46:12 47:1,2 48:15 49:16 50:22,25
    51:7,19,22 56:10,18 58:19 62:17,17
ones 11:5 46:19
One-year 16:18
only 7:14 16:3 28:21 29:1 41:6 43:20
    44:10 51:19,22
open 11:2,8 51:3
operating 48:17
operative 47:16
opportunities 51:5
opportunity 12:3 38:17 54:25 61:18
Orange 54:12
orchestrated 18:17
order 4:2 10:9 14:1,22 16:10,14,23 13
    23:14 26:16 31:13 36:11 50:1 55:1
    62:20 65:19
ordered 39:9
ordering 7:24
ordinary 63:20
organization 28:19 52:18
organizations 47:17
other 6:10 8:18 14:3 18:8 24:5,5 31:8
    35:25 36:1 37:19,19,22,25 39:24
    43:21 44:10 46:10,12,25 48:15
    50:25 51:7 53:6,12 57:17,24 58:24
    60:7
others 22:17 23:13 31:7 60:8
out 6:15,20 7:16 8:14,16 11:18 13:1,14
    14:14,18 15:17,20,25 16:19 17:15
    18:11,24 20:7,14 23:1 24:1 25:5,5
    26:17,19 35:2 38:24 42:6 44:8
    45:13 46:4,15,24 47:22 50:20 52:4
    64:13,16
outlined 38:15 39:17 52:1 63:5
outside 44:1
outweigh 16:22

outweighed 51:16
outweighs 15:6 16:21
over 9:17,25 14:18 52:14
overly 50:17
own 9:2
owned 44:24
o'clock 39:21

**P**

packaged 10:15
Page 3:2
pages 1:9 16:14,16,18 23:3 47   :22
pail 14:1 27:21 30:17 33:21   49:13,13
    49:14 64:9,10,16 65:3
pan 44:9
papers 30:7 44:22
parading 13:15
Paragraph 58:12
parent 56:14,22 64:24
Paris 44:19
part 4:25 10:2 17:13 25:3 27:   24 28:3
    42:17 44:3 45:10 60:13
parte 42:18
participant 32:14
participate 20:22
participated 17:11 18:8
participation 37:13
particular 13:9
party 2:7 45:25
passed 8:4
past 12:16
pauperis 65:12
pay 24:9 25:2 51:2 58:8 60:1  1 62:18
    62:22 63:11 65:11
payable 8:10 62:19
paying 8:18,19,23 47:5,12 64:   24
payment 7:11
payments 7:22
penalties 26:4 38:15
penalty 29:18 30:1
pending 38:9
Pennsylvania 33:16
people 7:15,17 8:23 18:2 19:2   2 20:13
    20:14 21:21 22:10 24:2,3  27:25
    32:10 33:20 34:1,3 47:2,6  52:18
    59:19
performed 49:2
Perhaps 63:19
period 20:24 34:10 37:11 49:2  5 50:2
    52:14 64:8,11 65:23
permissible 63:5
permit 45:19
permitted 12:8
permitting 8:3
person 7:22 28:21 42:13 47:2
perspective 8:25 11:4 16:20
persuasive 27:3
pervasiveness 47:18 52:13
petition 5:24 6:16 23:9 50:10,  15 51:11
    53:15
Philadelphia 33:17,21
physical 62:14
pick 10:16
PL 2:9
place 4:24 22:6,10 24:10 64:   17
Plaintiff 1:5
plan 63:1
play 41:15
played 57:4
playing 15:20
plea 1:11 4:3,7 5:4,10,14,17,2   5 10:9
    10:20,21 13:20 25:9 26:10   29:10
    31:13 35:20 37:15 38:14,   18,22 39:4
    39:6,7,16 43:17 45:1,3 53:   19 55:1
    57:10,15,17 58:3,5,14,18,2  5 60:10
    61:12,14 64:6 65:1
plead 57:20,22 58:7 60:22,23,  24 61:1
pleading 11:17 20:4 47:25 59   :4,9,23
pleadings 6:22 11:21 16:13    31:3 51:21
pleas 49:8,10,23 55:6,18 61:5,  6
please 4:1 5:8,12 17:5 31:2 40   :6 54:4
    54:7
pleasure 53:23
pled 19:3
plethora 21:19
plight 34:24
plus 30:8 49:12

point 5:24 7:16 8:25 9:3 11:12 13:14
    14:22 19:24 22:24 34:14,16 35:10
    35:21 38:19 46:6 47:21 50:20
policy 52:6,7 40:11
polite 35:13
pop 10:22
position 13:5 17:9,9 23:6 31:15 32:20
    32:20 39:2 42:5 45:9
possible 13:23 14:16,20,21 15:16
    55:14
posted 10:21
potential 37:22
practices 19:4 22:8 27:6 49:17 53:11
    56:4 60:8
precluded 5:14
predicate 47:1
prefiling 13:15
prepared 16:25 53:18,21 60:3,6 61:18
presence 12:2 39:6,11 54:2
presentations 46:13
presented 34:7 39:16
presentence 61:18
presentencing 63:5
presently 38:9
president 18:5
press 45:11
presumed 59:14
prevent 7:24
previously 23:12 61:23
price 10:18 14:20
primarily 28:17
primary 19:9
Princeton 54:18
principal 7:1 13:24
principally 6:1 13:1
principals 52:21
principle 43:4,6
principles 47:17
prior 6:25 12:23 13:7,19 20:6 54:20
pro 4:19
probably 5:18 7:7 9:22
probation 12:7 23:13 25:4 43:22
    62:17,20,22,24 63:13,20,24 64:11
    64:16,18,19
problem 22:15
problems 15:10
Procedure 65:7
procedures 24:10 36:24
proceed 5:10,12,20 40:6 53:19,22 62:8
proceeded 60:4
proceeding 20:20 27:24
proceedings 5:14 16:9,10 17:11 20:22
    40:2 66:17,19
process 12:10 14:1,7,19,24 15:5 20:4
    24:18,20 39:5 41:25 44:19 50:18
    51:14,17 59:19
product 15:17
products 15:12,12,12
program 7:25 18:17 46:23 49:20 64:4
    64:17
prohibits 44:1
prolong 14:24 15:5 51:13
promised 37:18 58:17
promote 49:11
prompt 17:20,21,24
promptly 24:14
prong 41:13 51:10
pronouncing 51:24
proper 63:2
properly 15:18
property 32:3,5,7
proposed 28:6 65:18
prosecuted 24:1,8
prosecution 6:1 9:19 17:21 25:10 26:2
    26:14 28:15 29:11 45:4,7,10,19
    46:5,8 47:17 50:1,2,3 56:20 57:12
    64:8 65:2,24,25
prosecutor 60:19
prosecutors 20:10,11
Protection 15:1 41:14 48:7 50:24
proud 43:18
prove 29:10 35:16 51:16 59:15 60:3,6
provide 20:11 26:7 35:12,23 49:11
    51:14
provided 20:5 21:6 23:1 31:19 34:19
    41:20 47:22,24 48:22,23
provides 29:12
providing 48:16

provision 37:24 38:17 45:16,18 56:6
provisions 37:3 45:8 51:9 56:3,4,15,16
proximate 9:21 10:4 11:4 31:22
proximately 31:22
public 21:21 30:8 42:16 43:2
publicly 43:3
purchase 25:1,2
purpose 37:3 50:4
purposes 66:7
pursuant 23:15,22 49:23 62:16 65:7
pursuing 46:19
put 5:10 29:14 44:25 53:3
P.A 1:23
p.m 40:2 66:17

**Q**

qualified 46:7
quasi-victim 40:9
question 11:2,3 51:7
questions 23:19 40:7
quickly 18:23 31:4 36:1 42:7
quite 39:2 43:18 51:2
quote-unquote 52:11

**R**

R 4:23 54:3,9 66:18
racketeering 29:23 46:25
raise 12:19 45:5
raised 6:1
raises 8:25
rampant 20:18
ran 28:19
range 30:12
rate 20:18 37:9
rather 30:2
ratified 33:12
Re 13:1,13
reach 11:14 21:20 42:1 53:2
reached 10:19 20:7 25:9,12 37:10
    43:3 51:3
reaching 11:7
read 21:18 22:1 31:3
reading 65:13
real 38:12
really 10:5,5 20:15 22:16 32:4 45:11
    46:21 51:19
Realtime 2:14 66:22
reason 10:11 15:13 21:17 36:10 37:7
    41:14 44:3 46:3 53:15
reasonable 11:25 14:8 53:7 59:15 60:6
reasons 11:2 13:3,24 36:1 49:22
receive 24:24 42:23
received 11:15 30:6 33:6 40:20
receiving 9:7 14:3
recent 36:17
recently 9:22 41:5
recess 39:24 40:1
recipient 46:13
recipients 7:9 9:1 10:22
recitation 60:18
recognition 27:16
record 4:9 40:3 42:9,19 49:9 54:8
    57:18 58:18 62:1 64:22 65:6
records 32:9 42:22,23 56:4,16 63:3
recover 37:24
recovery 37:22
red 37:9
referred 37:1 38:7
referring 50:23
reflect 29:21 48:12
reflected 27:20
Reform 62:16
regard 23:7,12 43:24 52:25 58:3,5,20
    61:13,18 62:8,11,12 65:13,16,17
    66:8
regarding 42:19 43:6 51:9
regardless 40:21,23 42:3,4
Regis 13:18
regulations 43:5
regulatory 28:24
Reifler 32:24
reject 10:9 25:23 39:16
rejected 28:7 39:8
rejecting 25:25
relate 36:24
related 49:5 51:13
relates 33:15

relating 37:13,16 39:10
relationship 33:24 52:16
release 21:5
released 20:20,21 21:1
releases 45:13
relief 25:12 35:24
rely 6:22
remain 39:21
remanded 14:11,12
remarks 40:6
remedial 27:17,19 35:24
remediation 46:11,14
remedies 28:24
rendered 15:11
reparations 49:14
repeated 42:25
repeatedly 27:15
reply 42:10
report 9:10
REPORTED 2:13
Reporter 2:13,14 66:22,22
Reporter's 3:3
reporting 44:4
reports 61:18
represent 17:2
representation 28:10 52:23
representatives 45:20
represented 38:4
representing 16:13
Republic 49:13
request 10:1,10 42:15 49:7,23 65:23
requested 25:22
requests 42:19 50:14
require 15:1
required 14:8 24:9 34:21 41:23 49:21
   51:1
requirement 63:1,2,3,4,4
requirements 47:7
requires 59:19
resolution 10:19 37:2 49:15,20
resolutions 6:2 49:16
resolve 10:8 35:19 37:20 44:9
resolved 5:15 49:6
resolves 6:10
respect 12:10 17:25 22:6,25 23:6,18
   23:20 24:16,25 25:19,25 27:18
   28:14,24 29:9,18 30:4,13,15 31:5,8
   32:1,24 34:17,23,24 35:14,22 36:18
   37:5,25 38:4,11,20 49:11 51:25
respectfully 49:22 50:9,15
respective 64:6
respects 46:2
respond 40:14
responded 23:8
responding 42:14
response 6:16 12:19,22 23:10 45:24
   44:24 45:16
responsible 9:2 10:2,5 33:7
restitution 6:4,7 7:24 8:10 10:10,25
   12:8 13:22,24 14:11,25 15:3,6,15
   16:7,21,23 22:14 26:7,10 29:20
   30:22,24 31:17,19 32:21,23 33:21
   36:2,7,9,11,13,15,19,21,22,5 37:3
   37:6,23 38:1,18,20,23 39:1,3,6,14
   41:2,6,10,14,19,19,20,2 2 48:7 49:4
   50:15,21,23 51:12,15 53:2,5,5,12,16
restored 53:14
result 12:9,11 58:25
resume 40:2
retain 60:13
retention 49:21 63:2
returning 22:9
revealed 24:2
revenues 30:18,19
reversal 14:11
reversed 14:11
review 15:8 55:11 61:18
reviewed 33:9 36:18
Reynolds 4:23 54:3,5,9
Rica 7:4 16:15 17:12 18:6,7 19:8,9
   27:21,25,25 28:2,4,11 29:7 38:7
   42:12 46:1 47:3,5,12 48:17 49:14
   60:12
Rican 9:23 15:21 20:9,11 48:17
RICO 48:1
rid 17:24
right 12:21 13:6,15,19 15:21 31:4,6
   40:3 41:1,1,2,19,20 50:22 56:22

58:21,23,24 59:10,13,13,14,16,17
   59:20 65:5,6,8 66:6,13
rights 6:6 11:9,15,16,18,19,1 9 12:12
   12:20,21 13:6 16:3,4 23:15,23
   25:24 31:19 32:6,7 34:11,11,12,13
   37:16,16 38:16 40:20,20 41:18,18
   42:3,5 48:5 50:12,13 59:25
rise 4:1
rmeyer@willkie.com 2:5
Robert 2:1 4:18
rogue 13:13
role 23:20 57:4
RPR-CM -NSC-FCRR 2:13 66:21
Rubin 34:18,18
rule 16:25 56:22
ruled 61:25
Rules 65:7
ruling 38:9
rulings 40:7
run 63:9
rush 37:15 41:4
R-e-y-n-o-l-d-s 54:9

S

Sale 1:22,23 4:17,17,18 62:9
salient 8:15
same 8:19 14:4,6 19:13 29:6 32:25
   51:9 57:1 63:7
Sapsizian 7:2,10 18:13,19 19:3,15,25
   20:3,19 21:4 28:22 29:9 35:7
Sapsizian's 20:24 25:7
sat 43:11
satisfy 35:2
Saturday 10:17
saying 12:16 18:16 20:15 29:8 45:14
   52:22
says 13:9 20:12 21:16 22:20 37:22
   41:19 46:11
scandal 17:13,18 18:9,11 24:3 25:3
scheme 19:24 31:23,24 33:1,18,20
Schilling 32:10
school 54:15,17
screaming 27:14
search 63:5
seated 39:21
SEC 49:13
second 13:17 14:22 32:14 49:25 52:7
   56:13
Secondly 52:7
section 1:19 13:9 30:15
sector 21:21
securities 43:5 44:5
see 14:16,20 45:12 52:12 59:17
seek 27:25 28:1
seem 12:22 22:1 40:8 41:1 52:9
seen 19:20
Seitz 19:18 20:21 25:16 35:12
senior 7:16
sense 53:13
sent 20:21 42:15 47:25 48:9 61:23
sentence 37:15 58:24 61:13 62:8,15
   63:7 65:8
sentenced 19:18 20:19 62:17
sentences 62:13 63:9
sentencing 1:11 4:4 14:25 15:5 20:4
   50:18 51:14,17 62:6 64:11,12
separate 15:13
series 26:19 45:12 47:9 48:10
serious 27:1 44:11
seriousness 26:23,24
services 15:11 48:16,18,23
session 4:1
set 11:23
settled 28:2
settlement 27:21 28:6,10
several 32:22
share 42:17,18
sharing 44:1
short 15:22,23,23 47:13
show 9:7
showed 8:8
shown 49:9 50:18
shows 48:13
shrift 47:13
sic 25:14
side 44:10

significant 7:17 22:23 24:17 30:24
   42:23 43:2,15,16,2,4 44:2
similar 10:12 19:12 27:10 30:23 36:12
simple 8:13
simply 15:8 42:21
since 4:25 5:14 6:15 20:20 24:4 34:10
   39:4 45:6 61:25 62:13 63:21
single 55:25 56:1,11 57:1,3,5
sir 39:18 54:11,20 55:10 57:14 58:14
   58:20 59:3,23 60:18
sit 5:7
sitting 43:10
situation 8:5,22,24 20:17 29:2 31:10
   31:18 33:25 34:1 35:6 36:5 38:25
   43:21
six 16:15,17 23:25
Sixth 10:12 11:11,11
solely 28:17 29:8
solicitation 7:11
some 6:20 9:3 10:21 11:21 14:18 15:8
   20:18 21:17 22:14,17 23:14 24:8
   28:25 34:9 37:1,25 42:9 46:3 49:3
somehow 44:23
someone 7:23 20:17 31:21 32:20
   48:22,23
something 7:23 15:10 31:8 36:3 41:15
   42:16 43:17 48:9 50:24 53:14 57:25
   63:20
soon 21:1
sophisticated 15:20 48:14
sorry 31:9 50:1 56:9,25
sort 10:4 15:14 38:13 40:9 41:8 44:8
   45:12 48:10
source 37:22,25
South 1:24
SOUTHERN 1:1
Spanish 42:9 48:22
speak 13:10
speaking 57:1
special 41:1 58:8,10 62:25 64:9
specific 14:14 15:3 41:24
specifically 29:11 37:22 38:6 42:19
   52:20
specificity 41:3
specified 25:11 31:7
speculative 16:8 50:16
speedy 65:20 66:1
spell 54:7
spite 8:13
stand 62:1
standard 12:13 35:2 51:10 62:24
standards 26:15 39:17
standing 29:7 45:5
standpoint 9:19
start 6:8 17:15
started 35:8
state 47:25 48:1 54:7 62:23
stated 19:20 57:17
statement 60:9
statements 29:12 46:4
states 1:1,4,12,18 2:13 4:10,12 14:10
   19:22,22 32 36:6,12,18,19 38:8
   40:4 44:10 47:8 50:8 52:1 53:18
   54:18 55:21 58:2 60:2,14 62:3
   64:12 65:15 66:22
state-owned 7:14
statistical 66:7
status 5:11 9:20 13:21 23:14 32:21
   39:11 40:15,21 47:23 50:10 52:3
   53:16
statute 13:8 21:13 22:4 23:15 37:21
   43:25 45:21 50:21 61:24
statutes 15:3,4 16:7 51:9
statutory 37:2
step 34:10 41:17
Stephen 54:3,9
steps 36:23
Steven 4:23
still 34:4 41:15
stones 21:11
stopping 34:3
store 10:16
stores 10:22
Street 1:16 2:3
stressed 7:8
stresses 7:13
struck 25:19
subject 56:22

submit 21:18 22:19 25:20 26:5,5,24
   29:19 33:3 35:20 36:16 37:21 64:17
   65:18,21
submitted 23:7 24:19 34:9 42:10
subpoenas 59:18
subsidiaries 27:6 28:17 56:10,18 57:2
   58:6,7 60:7,11 64:3 65:4
subsidiary 57:5
substantial 46:14 49:10,19,19
substantive 32:24 56:15
sudden 37:14
suffered 24:17
suffice 6:24
sufficiency 6:2
suggest 20:16 33:14 34:13 42:22
suggested 24:4 29:18 37:19
suggests 13:11 47:14,22
suitable 31:10 48:22
Suite 1:24 2:9,15 66:23
sum 31:2 40:13
summarize 6:22
support 64:1
supported 61:7
supporting 23:3
supports 32:19
suppose 55:5
supposed 64:10
supposedly 42:24
Supreme 36:17,18,20 41:8
sure 38:13 43:14 56:24,25 64:20
suspend 64:15,19
swear 54:4
Swedish 8:19
Switzerland 27:7 47:12
sworn 54:6
system 14:2 18:25 27:5
S.A 1:7,8 4:5 60:24 63:8

T

T 66:18,18
table 3:1 4:12
tact 20:1
Taiwan 60:13
take 4:6 30:4 36:22 38:3 39:22 41:17
   45:9
taken 44:12
taking 28:18 53:24
talk 15:9 26:14 31:9 48:6,8
talked 9:11 21:3 34:11,12 49:3
talking 17:15 22:15 45:3 49:4,15
Tampa 2:10
tangentially 49:5
Tech 37:8
technical 45:22 48:21
telecommunications 7:4
tell 6:13 43:8 59:12
tells 20:16
ten 30:19 64:9,11,18
tender 13:25 14:7,19
tenets 23:1
term 62:17
terminated 24:8
termination 17:20
terms 40:18 41:17 47:21 49:6 58:3
territory 60:14
testified 14:3
testify 59:19,20,22
Thank 5:22 39:18,19 51:18 62:3 66:12
   66:16
their 9:2 12:25 16:3 20:1 23:6,11
   25:11 32:20 40:21 41:3,18,19 42:5
   42:25 46:14 47:23,25 48:1 50:12
   64:6
themselves 9:7 29:14 44:10
thing 5:9 14:6 20:17,18 22:10 32:14
   37:6 50:20 57:1
things 12:9 15:9 21:5,23 23:24 31:12
   35:25 39:15 42:8 46:25 47:9 48:10
   52:9 59:14
think 7:7 8:5,8,15,25 5 9:12,22 10:7,8
   11:24 12:18 13:4,8,18 15:7,13,15
   15:22 16:1,11,20 20:17,23 21:10,11
   21:13,20 25:5,25 26:10,15 27:10,20
   27:23 29:4 30:13,16 31:5,7 32:14
   32:15,16 34:21 37:8 38:14 40:18
   40:25 42:5,8,21 43:1 45:6,6 47:6,6
   47:11,13,20 48:11,13 49:9 51:19,20

51:21,25,25 52:3,8,15,23 53:3,10
63:23 64:20
**thinking** 47:18
**thinks** 21:12
**thoroughly** 24:15
**though** 12:22 22:20 41:11 43:8,9
52:15,20,23 53:11
**thought** 22:3,13 41:5,22
**threatened** 57:20
**three** 5:5 6:1,6 24:5 25:9 39:21 49:8
49:10,23 53:25 55:1,6,23,24 56:2,2
56:10,11,18 57:2 58:3,5,6,6,18
59:24 60:7,10,11 63:9
**three-year** 64:7 65:25
**through** 11:17,19 12:10,20 18:17,22
24:20,22 27:6 32:15,16,16 34:21
35:25 47:15,20 48:11 52:2 60:15
64:4 66:10
**throughout** 18:22 24:10 34:8 43:15
44:14
**throwing** 21:11
**time** 4:24 5:11,23,24 8:19 14:4 17:22
19:6,14 20:3 21:5 22:13,13,24
23:19 24:5,11 25:24 29:6 35:10
36:18,20 38:3,21 39:19 41:8,9 50:6
53:7 64:19 65:19,20,25 66:1
**timely** 11:25 27:13
**times** 42:25
**tip** 17:17
**Title** 35:3 36:24 50:8
**today** 5:3 12:17 17:3,4,6 20:6 22:22
37:16 43:1 46:18 54:21 56:21
**together** 4:18 57:6
**told** 20:24 21:6 23:4 57:25
**tooth** 27:18
**top** 9:5
**totally** 26:21
**touch** 13:22
**traced** 11:5
**Trade** 1:8 4:15 53:25 60:21 62:12
**traded** 43:3
**transaction** 14:17 26:9
**transactions** 24:6
**TRANSCRIPT** 1:11
**transcription** 66:19
**treat** 21:14
**treated** 5:13 12:10 40:9 52:24 53:15
54:23
**tremendous** 31:25
**trial** 9:24 16:16,18 48:20 50:6 55:15
59:10,13,25 60:4 65:21 66:1
**troubled** 12:16
**troubling** 9:12 16:1
**true** 29:11 41:11 43:12 63:25
**try** 14:22,23 15:16 16:10 23:13 36:1
42:1 52:4
**trying** 20:14 44:9
**TSM** 25:1
**turns** 46:3
**twelve** 43:11
**twenty** 19:1
**two** 6:5 13:24 14:4 15:19 23:7 24:5
32:3 35:25 47:2 48:14 56:10
**two-count** 56:14

---

**U**

**ultimately** 44:14 48:3
**unable** 65:11
**unauthorized** 34:5
**unburied** 19:16
**unclear** 38:20
**uncovered** 8:16 17:18
**under** 6:6,7 9:14,16 11:16 12:13,21
16:3,7 20:14 21:13 25:21 31:21
32:11 34:20 35:20 37:21 40:20
41:18 42:3 43:5 50:3,7,13 51:10
64:6,8,12
**undergraduate** 54:16
**understand** 5:15 21:15 24:25 27:23
43:1 58:20,23 59:3,7,9,23 61:12
66:7
**understanding** 39:2 45:24 57:15
58:14
**unduly** 15:4,5 16:9,9 50:17
**unfair** 7:19
**unfortunately** 25:18
**union** 33:7

**United** 1:1,4,12,18 2:13 4:10,11 14:10
19:22 36:6,12,12,17,19 38:8 40:4
44:10 47:8 50:8 52:1 53:18 54:18
55:21 58:2 60:2,14 62:3 64:12
65:15 66:22
**unless** 40:14 59:21
**unnecessary** 63:24
**unreasonable** 20:17
**until** 22:22 23:9 25:13 41:5 44:16
64:19
**unveiled** 28:22
**unwind** 14:17
**USA** 4:4
**USC** 50:13
**use** 7:20 13:11 23:23 30:11 35:4 39:9
60:15
**used** 15:18
**users** 11:5
**usually** 65:12
**utilized** 19:1
**U.S** 2:14 36:9,17 62:21

---

**V**

**v** 4:4 14:10 33:8 36:6,9,12,13,17 40:4
**vacated** 14:11
**Valdez** 30:22
**valid** 38:12
**value** 30:6
**Valverde** 18:6,12 29:9
**variety** 8:23 44:13
**various** 18:21,21 55:22
**vastly** 50:17
**versus** 51:4
**vice** 4:19
**victim** 5:11,13 6:4,5,6,9,20 8:8 9:8,13
9:20 10:6,7 11:2,9,16,18 12:13,15
13:6,21,23 14:9,25 15:1,25 16:2,4,7
21:5,9,17 23:1,2,7,14,22,2 25:23,24
31:9,18,21 32:1,21 34:10 39:8,10
40:9,15,19,19,20,23,23,24,2 5 41:14
41:14,18,21 42:3,4 47:23 48:5,6,7
50:10,11,12,22,2 4 51:15,24 52:3,5
52:10,11 53:1,13,16 61:24
**victims** 10:24 11:13,13,15 35:3,3,5
36:8,13 37:16 38:16 50:13
**view** 23:11 26:8 35:21
**views** 22:25
**violate** 56:3,4,11 60:8
**violated** 37:17
**violation** 39:5 44:6,25 46:5
**violations** 19:4,5 56:15
**vitriolic** 11:21
**voluntary** 27:13 61:7
**vs** 1:6
**VWPA** 51:4,11

---

**W**

**Wachovia** 1:23
**waive** 58:12
**waived** 65:5
**waiving** 58:21,23,24 59:9,12
**walk** 48:11
**walked** 11:17,19 47:19
**walking** 12:19 47:15
**want** 34:10 35:25 50:20 56:25
**wanted** 10:24
**wants** 22:11
**warranted** 16:21 64:12
**Washington** 1:20 2:3
**wasn't** 22:16 42:14 43:8 44:16 48:5
**way** 18:9 21:13 22:16,18,20 26:11,12
26:13 36:8 37:20 40:9 42:23 46:12
47:16 51:7,24
**ways** 10:12
**WEBB** 2:8
**week** 9:23
**weight** 40:12
**Weinstein** 2:1 4:18,22 5:6 53:23 54:2
55:8 56:17,20 57:7 61:16,20,23
62:10 63:16,19 64:2 66:5,14
**Weintraub** 1:23 4:18
**well** 6:8 7:11 11:1 20:15 21:8,25 31:16
40:25 43:14 56:5,16 64:18
**went** 18:20,25 27:1,6 39:5 52:16 54:16

54:16
**were** 5:23 6:3,5,7,21 7:9,16,20 8:6,17
8:18 9:1 10:17,18,21,24 11:13,19
12:12 13:9 14:1 15:8,11,12 16:2,17
17:14,23 18:2,13,25 19:1,5,8,10
20:1,23 21:8,9 22:25 23:6,8,19,20
24:2,2 31:6 32:25 33:1,1,6,20 34:2
35:11 38:7,21 41:22 43:13,14 44:2
44:3,13 45:14 46:2,2,19 48:2,23
49:1 52:21 54:11 60:6
**weren't** 10:23 11:5
**we're** 38:1 40:3 43:18 46:19 49:15
**we've** 23:13 23:13 32:5,5,6 41:5 43:18
46:13,24
**while** 7:13 9:14 37:12 39:24 62:22
**whole** 6:2 13:3 14:2 15:13 16:16 47:9
53:14
**wholly-owned** 60:7,11
**Wiand** 2:8,9 17:1,1,6 21:10,15,25 22:5
29:17 31:4 39:19 50:23
**Wilkie** 2:14
**William** 22:12
**Williams** 33:23,23
**Willkie** 2:2 4:19
**win** 14:1
**wire** 29:22
**wisdom** 16:14
**wish** 55:17 61:22
**witness** 15:1 18:23,24 41:14 48:7
50:24 51:10 54:6,9 59:7
**witnesses** 48:21 59:17
**won** 14:19
**words** 36:3
**work** 8:3 25:5 44:20
**working** 47:11
**worldwide** 17:17 18:17 26:25 27:8
**worth** 25:1 47:23
**wrestle** 12:14
**written** 50:3
**wrong** 30:14 38:16 63:11
**wrongdoing** 18:12 28:4,9 29:7
**wrongs** 27:19

---

**Y**

**year** 9:25 25:14 30:18 43:16 48:20
62:17
**years** 6:25 7:5 16:15,18 28:20 30:19
49:18 52:14 54:14
**year-long** 16:16
**York** 1:19

---

**$**

**$10** 27:22 28:2
**$130,500,000** 30:12
**$147** 49:15
**$149** 25:1
**$18** 32:5
**$192** 36:7
**$2** 49:13
**$200** 30:19
**$21.2** 30:18
**$261,000,000** 30:12
**$400** 32:6 58:10
**$45** 49:12
**$500,000** 58:8 62:18 63:11 64:10,23
**$70** 28:6
**$72.5** 30:10
**$92** 30:17 49:12

---

**0**

**06** 56:17

---

**1**

**1** 1:7,9 13:25 45:12 50:16
**1,300** 16:13 23:3 47:22
**10** 29:1
**10,000** 36:8
**10-20906** 4:4 61:10
**10-20906-CR-COOKE** 1:3
**10-20907** 4:4 62:11
**11** 56:22
**11**[th] 5:24 6:15 7:8
**11(c)(1)(C)** 26:10 39:4
**11(c)(4)** 49:24
**11-1** 2:15 66:23
**11-2** 1:5

---

**12** 30:3
**1341** 32:10
**14** 58:12 65:9
**1400** 1:19
**16** 25:12 37:10
**16,500** 24:1
**16-month** 37:11 42:24
**17** 25:13
**18** 35:3 36:24 50:8,13
**1875** 2:3
**1980s** 7:5,6
**1983** 54:17
**1984** 62:16

---

**2**

**2** 30:6 45:13 50:17
**2C1.1** 30:3
**2D1** 30:2
**2,000** 16:16,18
**20** 28:20 30:6 42:14
**20-year** 27:11
**200** 1:24
**2000** 17:9
**20005** 1:20
**20006** 2:3
**2003** 9:11
**2004** 17:9,17
**2006** 18:19 46:21
**2007** 5:1 19:3 22:22 42:15
**2010** 25:8,9 44:14,15,17,22
**2011** 1:7 25:8
**202.303.1281** 2:3
**202.303.2000** 2:4
**202.353.3551** 1:20
**202.514.0152** 1:21
**20906** 56:7,12 57:2 58:6 65:16
**20907** 56:8 65:17
**24** 65:21

---

**3**

**3** 60:10
**30** 20:19
**3000** 2:9
**305.374.1818** 1:24
**305.523.5588** 2:15 66:23
**305.523.5589** 2:16 66:24
**305.579.3201** 1:25
**305.961.9358** 1:16
**3161(h)(2)** 50:8
**326** 36:13
**33** 49:17
**33128** 2:15 66:23
**33131** 1:24
**33132** 1:16
**33607** 2:10
**3664(f)(1)(B)** 37:21
**3771** 50:13

---

**4**

**4** 30:8
**4**[th] 1:16,20
**4:19** 40:2
**4:55** 66:17
**40** 30:9
**400** 2:15 66:23
**418** 33:4
**43** 6:18
**4300** 1:24

---

**5**

**5** 30:6
**50** 30:6
**50-page** 23:3
**52** 54:14

---

**6**

**6** 30:2
**6/1/11** 66:17
**60** 48:21
**600** 2:9
**67** 3:3

---

**8**

**8D1.1** 64:13
**813.222.1136** 2:10
**813.347.5198** 2:10

**9**

**9** 29:1 64:2
**90** 41:6,11,12
**90-day** 36:18
**907** 56:19 57:10
**99** 1:16